UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 22  P 2: 28

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| MAUREEN EPPS, <br> DIANE CLAUSSEN and <br> GERALDINE WRIGHT <br> Plaintiffs | : <br> : <br> : <br> : C.A. NO. 3:01 CV 2156 (AVC) <br> : |
| VS. | : <br> : |
| GERALD MISTRETTA and <br> THE BOARD OF EDUCATION FOR <br> THE TOWN OF EAST LYME <br> Defendants | : <br> : <br> : <br> : OCTOBER 20, 2003 |

MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), plaintiffs hereby request an extension of thirty (30) days up to and including November 26, 2003 to file a response to defendants' Motion for Summary Judgment dated September 5, 2003. This is plaintiffs' second request for an extension of time regarding a reply to defendants' Motion for Summary Judgment. The reason for this request is due to the voluminous documents which are required to be reviewed and meetings with each of the three plaintiffs in order to prepare a response. COUNSEL FOR THE DEFENDANTS HAVE CONSENTED TO THE GRANTING OF THIS MOTION.

PLAINTIFFS
MAUREEN EPPS, ET AL

By: _____
Jacques J. Parenteau, ct 09771
Madsen, Prestley & Parenteau, LLC
111 Huntington Street, P.O. Box 1631
New London, CT 06320
Telephone: (860)442-2466
E-Mail: jparenteau@mppjustice.com

## CERTIFICATION OF SERVICE

  This is to certify that a copy of the foregoing was mailed, postage prepaid, this 21st day of October, 2003 to the following counsel and pro se parties of record:

James M. Sconzo, Esq.
Kevin Brady, Esq.
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Frank Szilagyi, Esq.
Silvester & Daly
72 Russ Street
Hartford, CT 06106

Paul H. Gamache, Esq.
Siegel, O'Connor, Schiff & Zangari, P.C.
150 Trumbull Street
Hartford, CT 06103

_____
Jacques J. Parenteau