UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 27 P 2: 28

US DISTRICT COURT
HARTFORD CT

MAUREEN EPPS,
DIANE CLAUSSEN and
GERALDINE WRIGHT
    Plaintiffs

    C.A. NO. 3:01 CV 2156 (AVC)

VS.

GERALD MISTRETTA and
THE BOARD OF EDUCATION FOR
THE TOWN OF EAST LYME
    Defendants      OCTOBER 27, 2003

MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), plaintiffs hereby request an extension of thirty (30) days up to and including November 26, 2003 to file a response to defendants' Motion for Summary Judgment dated September 5, 2003. This is plaintiffs' second request for an extension of time regarding a reply to defendants' Motion for Summary Judgment. The reason for this request is due to the voluminous documents which are required to be reviewed and meetings with each of the three plaintiffs in order to prepare a response. In addition, Attorney Parenteau, Lead Plaintiff's counsel, is beginning a trial starting October 27, 2003. COUNSEL FOR THE DEFENDANTS HAVE CONSENTED TO THE GRANTING OF THIS MOTION.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

**PLAINTIFFS
MAUREEN EPPS, ET AL**

By: _____
William G. Madsen
Fed. Bar No.: ct 09853
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Second Floor East
Hartford, CT 06106
(860) 246-2466
Attorneys for the Plaintiff

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was mailed, postage prepaid, this 27th day of October, 2003 to the following counsel and pro se parties of record:

James M. Sconzo, Esq.
Kevin Brady, Esq.
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Frank Szilagyi, Esq.
Silvester & Daly
72 Russ Street
Hartford, CT 06106

Paul H. Gamache, Esq.
Siegel, O'Connor, Schiff & Zangari, P.C.
150 Trumbull Street
Hartford, CT 06103

_____
William J. Madsen