**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2003 OCT 22 P 2: 28

US DISTRICT COURT
HARTFORD CT

|  |  |  |
|---|---|---|
| MAUREEN EPPS, | : | |
| DIANE CLAUSSEN and | : | |
| GERALDINE WRIGHT | : | |
| Plaintiffs | : | C.A. NO. 3:01 CV 2156 (AVC) |
| | : | |
| VS. | : | |
| | : | |
| GERALD MISTRETTA and | : | |
| THE BOARD OF EDUCATION FOR | : | |
| THE TOWN OF EAST LYME | : | |
| Defendants | : | OCTOBER 20, 2003 |

MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), plaintiffs hereby request an extension of thirty (30)

days up to and including November 26, 2003 to file a response to defendants' Motion for

Summary Judgment dated September 5, 2003. This is plaintiffs' second request for an

extension of time regarding a reply to defendants' Motion for Summary Judgment. The

reason for this request is due to the voluminous documents which are required to be

reviewed and meetings with each of the three plaintiffs in order to prepare a response.

COUNSEL FOR THE DEFENDANTS HAVE CONSENTED TO THE GRANTING OF

THIS MOTION.

October 28, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

PLAINTIFFS
MAUREEN EPPS, ET AL

By: _____
Jacques J. Parenteau, ct 09771
Madsen, Prestley & Parenteau, LLC
111 Huntington Street, P.O. Box 1631
New London, CT 06320
Telephone: (860)442-2466
E-Mail: jparenteau@mppjustice.com