UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MAUREEN EPPS,  :
DIANE CLAUSSEN and  :
GERALDINE WRIGHT  :
    Plaintiffs  :  C.A. NO. 3:01 CV 2156 (AVC)

2003 OCT 27 P 2: 28

US DISTRICT COURT
HARTFORD CT

VS.  :

GERALD MISTRETTA and  :
THE BOARD OF EDUCATION FOR  :
THE TOWN OF EAST LYME  :
    Defendants  :  OCTOBER 27, 2003

## NOTICE OF APPEARANCE

Please take notice that the undersigned, William G. Madsen, is appearing as counsel of record in the above-captioned action on behalf of the Plaintiffs Maureen Epps, Diane Claussen and Geraldine Wright. This appearance is in addition to all appearances currently on file.

Respectfully submitted,

By: _____
William G. Madsen
Fed. Bar No.: ct 09853
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Second Floor East
Hartford, CT 06106
(860) 246-2466
Attorneys for the Plaintiff

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 27th day of October, 2003 to the following counsel and pro se parties of record:

James M. Sconzo, Esq.
Kevin Brady, Esq.
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Frank Szilagyi, Esq.
Silvester & Daly
72 Russ Street
Hartford, CT 06106

Paul H. Gamache, Esq.
Siegel, O'Connor, Schiff & Zangari, P.C.
150 Trumbull Street
Hartford, CT 06103

William J. Madsen