

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MAUREEN EPPS,                           :
DIANE CLAUSSEN and                      :
GERALDINE WRIGHT                        :
    Plaintiffs                          :        C.A. NO. 3:01 CV 2156 (AVC)
                                        :
VS.                                     :
                                        :
GERALD MISTRETTA and                    :
THE BOARD OF EDUCATION FOR              :
THE TOWN OF EAST LYME                   :
    Defendants                          :        OCTOBER 27, 2003


## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), plaintiffs hereby request an extension of thirty (30)

days up to and including November 26, 2003 to file a response to defendants' Motion for

Summary Judgment dated September 5, 2003. This is plaintiffs' second request for an

extension of time regarding a reply to defendants' Motion for Summary Judgment. The

reason for this request is due to the voluminous documents which are required to be

reviewed and meetings with each of the three plaintiffs in order to prepare a response. In

addition, Attorney Parenteau, Lead Plaintiff's counsel, is beginning a trial starting

October 27, 2003. COUNSEL FOR THE DEFENDANTS HAVE CONSENTED TO

THE GRANTING OF THIS MOTION.


3:01CV2156(AVC).  October 30, 2003.  Having previously granted the
relief requested, see endorsement to document number 41, the motion
for extension of time (document no. 42) is DENIED as moot.
SO ORDERED.

                    Alfred V. Covello, U.S.D.J.