**EXHIBIT 1**

## Statements of Geraldine Wright

The following statement is information which I believe needs to be shared with those in charge of educating the students of East Lyme. I believe that the Special Education students and their programs at East Lyme High School have been compromised over the years. When I have tried to advocate for my students to Mr. Mistretta I was first ignored, and then harassed and threatened to keep quiet. The years of inadequate staffing, and then the escalating intimidating environment brought on by Mr. Mistretta was demoralizing for me. I am a teacher who loves what she does. I am proud of the service I have given East Lyme's Special Education students. I am sure, if need be, I could get many parents and students to testify to that. I and my colleague of 15 years, Diane Claussen, designed and developed an exemplary program for Learning Disabled Students. We were visited by many people throughout the state who were impressed with our curriculum and we became a model for many other school systems. Our program was up for a national award, until it was dismantled, by our principal, Gerald Mistretta. The following is my story. It consists of a series of events that have taken place over the years but will clearly show the pattern of a principal who makes decisions for political reasons and not because it is in the best interest of students. There are many more teachers who have witnessed and/or been part of similar situations, however there is a fear of retaliation from Mr. Mistretta that runs deep.... and for good reason.

I received a Master's Degree in Learning Disabilities from the University of Connecticut. I have been with the East Lyme School System since 1985. When I began teaching, Dr. Dick Otto was in charge of Special Services for East Lyme. At that time, East Lyme had a reputation for having exemplary Special Education programs. Dr. Pat Phillips ( who has her own story to tell, but is afraid. She did however, say she would answer questions about her treatment by Mr. Mistretta, if she had to), was the Special Ed. supervisor at the High School. They were both in charge of my program. My case load was 18 - 25 students and I had a full time tutor.

Around 1990, "site based management" became the norm in East Lyme. This gave each building principal complete control over their buildings, including the special ed programs. Under Mr. Mistretta's control, my caseload rose steadily to an all time high of 38 students (1997 - 1998) and yet my support staff decreased. One year, in 1996, Mr. Mistretta cut my tutor and replaced this position only an intern with no educational background, even though I protested. I was not even in my resource room for one block because I was made to teach a Regular Ed class which made it very difficult for the students in there at that time. The intern had to be let go in October, because of her inability to work with students. After weeks of substitutes, to replace her Mr. Mistretta gave me an aide that was not working out from a different program. *He never gave me a*

1

*choice or asked for my opinion* of who I felt would work well with my students. Between the changes and the inadequate staffing, my students suffered ( #1 *please see letter dated November 7, 1996 ).* I tried my best to keep the integrity of my program, by not taking a plan and many times working during lunch with students. In addition, Diane was I were told we had to teach a regular ed class, a freshman academy class, which we did for four years in a row. Because of our case loads being so high we had students scheduled during that block and they were often left with unqualified assistance. Diane Claussen and I were the only Special Education teachers who had to teach Freshman Academy, (until Ms Moger in the Fall of 1998) even though we were servicing the majority of the special education students (almost 80 during 1997- 1998) in the building.

    Whenever we tried to speak up and advocate for our students and ask for more help, we were told it was not in the budget. At one meeting, Mr. Mistretta told Diane Claussen and I that we had to each co-teach with a regular ed teacher the following year. This would take us out of our program and away from our students, again, yet another block. He was not offering more support to cover the time out of our program and we were concerned this was not in the best interest of our LD students. When we voiced our concern, he told us in and intimidating and threatening tone, "**either do it...or I'll find someone else to do it.**" (Implying that he would transfer us out of the program.) At a different meeting when Diane and I were again trying to advocate for our program, he said with a smile "**How would you both like to go to the Middle School?**" This is a common threat, and one that no one takes lightly because he has transferred people there when he wanted to get rid of them. Even the President of our Union, Mr. Devanney joked recently at a Union meeting when we were discussing our case against Mr. Mistretta. Mr. Devanney said, " Well, Maureen (another woman involved in our complaint) and I will be down at the Middle School after this."

    I believe I and my department have been targeted by Mr. Mistretta because we have questioned some of his decisions and actions when we believed they were not made in our students' best interest. For example I questioned where the money for my budget went one year.
In 1997, when I went to order for our 75 or so LD students, we were told we could only spend 50% of our budget. ( # 2 *See memo signed by Cheryl Race, CIL for special ed*) In the past 25% was always taken for school supplies (which also seemed excessive). We never got any of that money back, yet I have been told that other departments did get money that was withheld back. Our budget that year was cut from approximately $1400 to $700. The following Spring of 1998, we were given a copy of the special ed budget and saw what the school board saw in terms of what we supposedly spent in our departments. It was shown to them that we spent $1400. I questioned why the school board thinks our kids got $1400 when we only got to spend $700. I asked my CIL to find out where our $700 went. A memo came back (see memo from C. Race) and said that Mr. Mistretta explained that the money went **to pay for a student that was placed out of district and that the school board knows about this.** That year we were allowed to spend 80% of our budget ( *#3 memo from Cheryl Race 11/16/98*). ( we never saw the other 20%) Other people's budgets were cut at the last minute also (see Maureen Epp's statement). Year after year our budgets were cut and our students never benefited from

2

the fully allotted sum for supplies. One of the special ed teachers, a male, and a friend of Mistretta, ordered from his budget, *10 printing cartridges.* No program has ever used that many printing cartridges in one year. Diane Claussen brought this to the attention of our CIL, Paul Chritiansen in 1999, which he brought to Mr. Mistretta. When Paul showed him, Mr. Mistretta made a joke about how his wife is probably using them for her business. These cartridges never arrived, or were lost, an Mr. Mistretta gave this teacher more money for his program. Budgets seem to be dispersed in an unfair, inconsistent and arbitrary manner.

After I publicly questioned where my budget money had gone in 1998, the following fall of 1998 is when I believe - I began to be targeted by Mr. Mistretta.

On September 9, 1998 a meeting was called by Mr. Mistretta where he threatened that our positions would change because we tried to find a way to help a teacher out who had been assigned to teach a Freshman Academy class during a time when she had 5 students ( see Diane Claussen's statement for background for this). We were merely advocating for special ed students whose program was being hurt.

His repsonse was "This program (LD) is not working, and you will have different assignments. We are going to look at different models and you can be sure this is going to change. You are very inflexible. I have given you professional leeway and now it has come back to bite me in the ass. I'm sick of you second guessing me. I have a statutory responsibility to make building assignments. If I hear one negative comment from a parent, you will be considered insubordinate. If I hear anything outside of this meeting, you will be considered insubordinate and you'll be out of here!! "

I have never been spoken to in such a manner either personally or professionally. I literally felt sick and shaken. He then made the decision that the tutor that I had just hired for my program would now go to Ms. Moger's program and I would get the aide. I had spent 3 days in the summer interviewing for a tutor for my program, I had not had a tutor for 3 years. I believe who gets chosen to work in a program is an important decision because there is such a close working relationship with both the students, the tutor and the teacher. I felt I finally had the chance to recover some of the ground I lost over the years with inadequate staff. Many facets of our program had had to let go (college visits, middle school transition, strategies training) because of lack of time with our students and lack of help. I was devastated that he would just take away my staff again, and in such a derogatory manner. I even lost the aide every fourth block because he had to go to Ms. Moger's program because the tutor could not cover Ms. Moger's class alone (while Ms. Moger was teaching the Freshman Academy class). There were too many students in that block for one teacher, *and* a student who had just come out of a hospitalized setting was being place in this resource room that block also. ( *# 4 See memo 10- 26 - 98 from Cheryl Race )Ms.* Moger was concerned because she could not even be in the room. My program was hurt because I was now alone servicing my students, and because Mr. Mistretta dictated that we could only do PPT's after 1:00, I was often out of the room that block and the students were left with whoever could be rounded up for that block. The saddest part of this is that Ms. Moger was told, they did not care what she taught during

3

Freshman Academy, just teach anything, because they just needed to fill a spot. She did not even meet these students for weeks and did not get to work with them until January of 1999. Because of this, LD students were being hurt, and we were not allowed to do anything. My students suffered, her students suffered, and all of it could have been avoided if Mr. Mistrettta would have let us work together and come up with a different solution. Instead we were made to feel scared for speaking up.

The targeting by Mr. Mistretta contintued that school year (98-99). On September 30, 1998, Mr. Mistretta sent my CIL to my room to tell me that "he is checking on me and watching me. He sent her to ask **why my aid was working in another room when he did "not give his authority to do so."** One of my students needed to work with the tutor because she was skilled in math and my aide was not. So, my aide would switch rooms with the tutor for that block. I could no longer use this tutor in my room without Mr. Mistretta's permission. first. The aides and tutors thought this was crazy and they were nervous that they were going to get in trouble from him. There was obviously a feeling of hostility and this was interfering with our delivering services efficiently and effectively.

He made us write up all of our schedules on paper and then hung them up on his wall in his office. He then had his secretary check the files to see if we were lying about how many students we had and how many times we were supposed to see them. He also told us if we made any schedule changes that it would require a PPT and he would have to see it in the IEP. I had a student who merely needed a level change due to a computer error and was not allowed to change it without an PPT. Also PPT's could only be held, he dictated, after 1:00 p.m.. Some parents complained. It totally bogged down the special ed process and was harassing in nature, not to mention hurting kids. (Having a PPT for a mere schedule change was never done before, nor since that year.)

During that year he also made me come down to his office to check in with him if I came in late (even though I had called in to the office to notify them and had coverage). He would walk by my room several times a day (he does not do this now nor had he in the past). We were also told we could no longer see him but had to go through our CIL. I felt powerless to do anything.

After teaching at the high school for 14 year and never having anything negative reported a letter was placed in my file regarding a mishap with SAT's, that I had nothing to do with. I had given untimed and taped SAT's to special ed students for years with the utmost professionalism and care. This year we had turned it over to two men, one was in charge of SAT in the building and the other was a college co-ordinator. The SAT's on cassette tape were sent to the High School and were not delivered to the correct person so they were never locked and secured. I was told they were sent to various depts. Before being placed in Diane Claussen's room, unbeknown to her, and were found there under some books . Dr. Miko sent me a memo saying that next time I should look harder *in my* room. (*# 5 See memo Jan 27, 1999)* They were never in my room. Dr. Miko took me aside and apologized for doing this and that this was not his style, he said he did it because he was told to by Mr. Mistretta. I wrote a letter in response, ( #6  See memo

4

daated February 5, 1999) and met with gave it personally to both Dr. Miko and Mr. Mistretta. Mr. Mistretta told me the memo to me was being thrown away and he wanted to know what he should do with my letter to him, and I told him to make sure it went where ever his went. In my file is his memo to me and not mine to him. He was trying to create a negative paper trail, and this was the beginning.

In March of 1999 my aide left for a higher paying job and I was left running my program with substitutes ( at a time when I had to attend 27 PPT meetings and test 10 students). When I asked if Mr. Mistretta could advertise to fill this position, he *literally turned his back on me* and began reading a memo off the bulletin board. He said it was too late to put ads in the paper. However, he had his secretary call over to the middle school and found *they* had just put an ad in the paper for an aid. She asked if we could get copies of the applications . *I never got any applications until three weeks later when I requested them from the Central Office.* Being neglected like this was a hardship on my program, *and my students did not receive the support services they deserved.* I never did get another aide hired and made do with substitutes. Mr. Mistretta never checked back with me or asked if I got any help. I had 12 juniors and 5 seniors that year, many of who were learning disabled in writing, who all had their end of the year papers due. It was impossible to give them the support they needed. I was feeling so discouraged and saddened to see my program slip away and I could do nothing.

He continued to send intimidating messages to me by making comments during an interviewing process that I took part in. I was one of a panel of people interviewing candidates for a school psychologist position. This was right after he announced a new restructuring plan for the entire Special Ed department. He told me and another person, **"I am only interviewing women." "I took out the application of the woman who had a 35 years experience."** Through his questioning he was clearly sending me messages. For example, Mr. Mistretta asked a candidate who was interviewing for the position a question regarding how she would handle a difficult teacher who did not want to implement a program that she suggested. After she answered the question he said to her..."you know how we handle teachers who don't co-operate? We *fire* them." Then he looked at me. When asked by another candidate about how long has Mr. Mistretta been facilitating the revamping of my department that he knew I did not agree with. He answered **"three days"** and turned and looked at us. When she asked had we all created this new plan, he answered , **"No. We're doing it because *I said so.*"** He also mentioned after a candidate left, **"She's short. If we hired her we'd have two short psychologists."** His comments were demoralizing and embarrassing and meant to intimidate. Which they did.

That Spring Mr. Mistretta made good on his threat of the previous Fall and our assignments did change when our entire department was reorganized.

On April 28, 1999 Mistretta announced the "new plan for the special ed department " The entire department was present. He introduced the program by saying **"You may ask, What is he fucking crazy? "** ( See Diane Claussen's statement for clarification) He again threatened insubordination if he heard anything negative about the new program.

5

At the new "team" meeting with Mr. Mistretta, he gave us our new assignments. Even though I had the most students in a single grade he chose to reassign me to grade 9 which meant that I would lose my 12 juniors. These were students and their families that I had worked with for 3 years. Students and parents were upset. (See statement from Mrs. Lidestri dated December 7 1999). It would have been in the best interest of the students to keep me on as the grade 12 teacher so that I could see my students through until graduation and they would not lose the most supportive person to them in the building. The purpose of this reorganization, according to Mr. Mistretta, was so that the teachers would be able to follow students their whole four years at the high school (our program already was doing this anyway). Yet, he took away all of my students at a most crucial stage( I lost the most students of all the teachers) My students were upset as well as their parents. I could not complain because of his threats. He called a meeting to announce the new teaming plan. There were about 5 of us there. The meeting was in the gym due to the restructuring, and in an open place with only dividers. After telling us our assignments, (I said nothing) he said:

**"If I hear any negative comments from parents about these changes I will consider you insubordinate. And don't think I won't know who said them. When I get parents in here, <u>I get them to puke their guts out."</u>**

We were all stunned by this comment. I was sickened by his threats and depressed at the thought that I was losing all of my students. I was too afraid to speak. All of us were. I had to tell my students I would not have them next year. There were tears and anger. Yet I could say nothing. Parents cried. No one could understand why. The following year one parent did write a letter ( <u>#7 See letter Dec. 7 1999 from Maryann Lidestri).</u>

I tried to go to the Union with this information, however we were told at that time they could only speak to him about his use of profanity. I was demoralized and shocked that a principal could get away with hurting people like this.

I believe his taking my students away was yet just another way to harass me for speaking up for my students and my program. I was assigned the new 9th graders, and knowing how labor intensive freshman are, and knowing he would probably not give me the staff to run the program, I was unable to come back that year. My health was suffering, due to chronic Lyme that I could not recover from, due to stress. This can be verified Doctors that saw me during this period. I wrote a letter requesting a years leave of absence. I was broken hearted to not be able to work with my students and see so many of them who I had had for all of high school, graduate that year.

Diane and I have always been strong supporters of each other as well as our students and have chosen to voice our opinions. We made a great team, howver, Mr. Mistretta has recently said at meeting that we were **"counter productive"** He has accused us of not wanting to teach in the team model, yet we were one of the most successful teams in the High School until  he chose to break us up (<u># 8 See letter from us</u>

6

<u>about our success in 1991 beginning our curriulum</u>) He assign me a grade so that I would purposely not be on the same team as Diane. It would have been in the best interest of students to have allowed us to keep as many of our students as possible to ease the transition. Yet he chose not to. He knew we had gone to the union and he wanted us not working together. His choice to do what he did was political and not in the best interest of students. Again, students were hurt.

Diane Claussen and I over the years had built a quality program, despite cut backs. Two of our students had received the Governor's Award for Students with Disabilities and the program was up for a National Award. The following year, however we had to bow out because due to the restructuring, the Self Advocacy component that we had created and that what the award was based on was no longer was being done. One of my students who was a complicated case and was very upset about losing me as her teacher. The following year she never connected with her new resource room teachers, and ended up in a self-contained therapeutic program. She then dropped out of school. I cannot say whether my continuing on with her could have avoided this, but it would have been worth it to her to have given it a try. What he did to these students was callous.

The year I was out, I wrote many college recommendations for my students who now had Dave Sdao. They and their parents would call to ask me because Mr. Sdao did not know them very well.

I missed working with students tremendously and decided to return for the school year 2000-2001.

Winter 2000, (while I was still on leave) I was asked by the CIL for special ed if I would be interested in coming back .5 resource room. I said yes. Yet this position was given to Cheryl Race a teacher who had only taught in the therapeutic program and had no background or experience in Learning Disabilities. This position was never posted nor was anyone interviewed, which is against hiring policy. ( #9 Please see letter dated July 26, 2000 outlining the events surrounding this). After meeting with Mr. Mistretta and explaining I was more qualified for this position, he said he agreed with me 100% and gave me the job in July. In August he took it away from me after complaints by Cheryl Race and gave her the job back. Mr. Mistretta then gave me the job of 3 special needs students. This job had been requested to the board the year before as a full time position because of the growing need in the Special Needs room. I have no experience in this field and again I requested to work with the LD population, (having a Masters degree in Learning Disabilities and 20 years experience with this population, I consider myself a specialist). ( *# 9 See August 15, 2000 letter to Mr. Mistretta)*

I also called my Union at that point and said I would grieve this action. After the Union rep talked to Mr. Mistretta, I was given an additional 6 students from the grade 11 resource room. I felt this was retaliatory. I also felt the special needs students were not getting the teacher they were supposed to get. (*# 10 See letter sent to Jack Penders, copies were also sent to Jack Reynolds, and my lawyer, # 11 also see letter from J.*

7

*Reynolds in response to the fax.* ) One child has seizures often and having a teacher in the building only half time was not in their best interest. I had to grieve this decision (*# 11 and 12* See grievance and resolution of grievance). Mr. Mistretta resolved this right away and I was then placed in the LD resource room .5 with grade 11 students and my special needs students were to be given to a tutor. (*# 13 Resolution of grievance Sept 13, 2000)* A month later, (*# 14 see letter dated October 13, 2000*) a tutor was still not hired. Mr. Mistretta then told me it would not be a tutor but an aid that would be working with them and the other special needs teacher ( who was new and had a large case load already) would case mange these students. This position for these students went from a full time position to half time to tutor to aid.  An aid for these students was not put into place until Dec. 4, 2000.

Returning this year and facing all of this was difficult. However I believe my expertise and experience is something the students of East Lyme deserve. At the opening day faculty meeting, Mr. Mistretta introduced all returning and new teachers, except me. One of the other teachers had to ask him to mention me.  Another demoralizing move, that only served to hurt me. Why would a principal try to keep a qualified, and dedicated teacher from doing her best? I ask that often , and I have no answer.

The special ed program has suffered under this new change. The department is fractured and the crucial self advocacy components have been lost. Because students are divided up by grade, case loads are inequitable, and there is bickering among the department regarding this. However, Mr. Mistretta will not allow teachers to mix grade levels. The freshmen teachers have little to no experience working with learning disabled students, strategy training, self advocacy or diagnosing Learning Disabilities. One member of the faculty just recently requested that I  do the diagnostic testing on his freshman daughter because he did not want these two teachers, who are inexperienced and untrained, to do it. I remember back to 1985 when I applied for the job of a learning disability teacher with East Lyme. My interview was grueling. I was questioned about my knowledge in laws, definitions, diagnosing, and felt proud that I knew so much and had so much to offer. After 15 years of exemplary service, my job was given away to a woman who never worked in an LD resource room and never interviewed for the position. Again, I feel devalued..

Regular education teacher support is cruicial for Special ed students and teacher to be successful. However, Mr. Mistretta  has made derogatory comments about special ed at faculty meetings such as…**Special ed is draining regular ed dry, and I'm going to stop it. (1999)"** At another meeting this past opening day he related a story about how he could not buy bookcases for the library because of having to scrape money from everywhere to find the extra funds for a special ed student that was placed out of district. Both of these comments were inappropriate discussions for a faculty meeting and served only to distance the special ed department from the rest of the faculty. It also makes the special ed staff feel that we are to blame for regular ed losses which contributes to the hostile environment and makes our job of advocating for our students that much harder.

8

Right now, there are two special ed classes in rooms without windows, and only one exit. *There are full size classrooms, with windows, being used for department offices.* This past Fall, the Therapeutic Program was placed in the bottom floor of the building in a room without windows and without ventilation, until parents wrote and complained. Mr. Mistretta then moved them into a the rooms Ms. Race and I had. We as teachers tried to come up with a different solution, because we felt this was not the best use of space. We sent our CIL to Mr. Mistretta with a list of possible solutions. *(# 15 see Suggestions October 2000)* Mr. Mistretta's response was..."**They are moving and remind them who the principal is.**"  I was told that the room I was moved to was not a legal room because it has no windows and only one form of egress. I called the Fire Marshall and he said that was true. I called Lloyd Johnson, because I felt that his last comment about this showed his unwillingness to work on this. I faxed Lloyd a list of my concerns *(#16 See October 11 letter).*  The Fire Marshall did come and say it is legal because it has a sprikler system installed. However, I have also spoken to the the National Fire Prevention Association. The person I spoke with said the *entire building* has to have a sprinkler system, and presently the back of the building I am in, does not. I am sharing this room with another teacher.  After a 14 million dollar renovation, the rooms we are working in now are smaller than what we had before the renovation.

The Special Ed Department does not have an office (the only dept of this size that does not .). It is very difficult to make private phone calls to parents without an office. Mr. Mistretta claims that Dr. Phillip's office is our department office, however she is an assistant principal and requires an office of her own. This room is also used for all PPT's, SST's and other meetings with assistant princiapals. It not available on a regular basis for use for the 11 teachers, and 11 support staff of our department. There is also a problem with finding places to test students in the building.  We have requested a room for this purpose for years. Mr. Mistretta claims there are conference rooms, however they are used by counselors and Assistant Principals regularly and I find myself often wandering the halls trying to find a room appropriate.

Three to four years ago, Mr. Mistretta said he resented the time PPT takes and said he did not want his administrators tied up so much during the day. Mr. Mistretta decided PPT's would only be after school. Because of this many of us were after school doing PPT's over contract hours every day including Fridays. Parents were told they could only have meetings after 2:15. This meant there could be only 4 PPT's a week. The PPT's became so backed up, there was over a month waiting time for a meeting. We, as a department knew this was illegal according to special ed laws  and a breach in our contract. We were discussing what to do at a department meeting. He came to that department meeting, (the only one he has ever come to in 15 years) and said "**Are you discussing the PPT's?...... Grieve it. I *dare* you.**" No one said anything. Every one was stunned and afraid. After a few more weeks of people staying over contract time every day, and meetings becoming so backed he allowed us to have them between certain hours.  This decision about PPT's was a decision he made without our input. We did not have the chance to even talk to him about other solutions. It obviously was not in the best interest of students and their families as well as illegal according to state laws regarding a "mutually convenient time"  (We called Dr. Otto many times about this and other issues

9

and his response was that he has no control because it is "site based management" and Mr. Mistretta can do anything he wants.) The following years he would only allow us PPT's after 1:00 o'clock. Many of us were after school over contract hours regularly, in addition, it put a burden on our program because we were out of the class the same block every time and the same students missed instruction. *(# 17 see Sepcial Ed Meeting Summary March 4, 1999)* This was one of the issues Diane and I took to our Union two years ago. We believe he found out about this because right after that he rescinded his decision for the following year (1999-2000) and finally after years of doing PPT's only when he decided we could have them, we were able to schedule them so that it worked for our kids and their families.

    Mr. Mistetta has made discriminating comments in my presence about a prospective applicants for a new position. Once, A woman was applying for a job working with the alternative education students. She had experience working with this kind of student, having just worked at the high school with these students successfully that past year. There was also a position in the Learning Disabilities department available. A man who had experience in this department for four years was applying for that job. My co-worker and I who were the two teachers in the LD department felt he was the best candidate for the job. He had experience, he knew the students, and the students really enjoyed working with him. Mr Mistretta told us we would not have this man in our department because he was putting him in the alternative ed position because he said... **"I want a man for that job."** The woman who was discriminated against went to the superintendent and complained. He told her he could not control Mr. Mistretta's day to day activities, if she fought this. So she did not. She was placed in the LD department position (not having any experience in this and only experience in working with SED students) and the man, who was given the alternative ed position (only had experience working with LD students working as a tutor). Both programs were given teachers that were inexperienced in that field and denied jobs they did have experience in. Again, another decision that was not in the best interest of students.

    Once in 1997 when I asked him why he had not hired a man for a math tutor he told me it was because....
**"He's too old."** (he was 64)

    These kinds of comments are derogatory, discriminating, and illegal. Many times jobs are not posted, and interviews are not conducted, and positions are given to whoever he chooses. He has hired non-certified personnel when there were certified personnel available. ( See Maureen Epps's statement) It makes a mockery out of our processes and procedures. This practice also does not make the students a priority nor does it make the other people in the department feel that they have any say in what happens to their jobs. We feel disrespected and not valued as professionals, as people, as women. As a parent it worries me that my daughter might be in a school where the principal does not value women. Mr. Mistretta recently made a discriminating comment at a faculty meeting on opening day this year. He was showing slides from a trip he went on with other teachers this past summer. One of the slides showed one of the women teachers standing in front of a brothel. Mr. Mistretta said **" This is what Alice will do as her second profession. "**

This is so inappropriate and distasteful to women. It only added to the overall environment where as a women we are subjected to direct and indirect discrimination.

Many people have left because of not feeling valued. One woman told me the way he treated her, she was demoralized. She left for another school. Many have also taken early retirement because of the stress in the building. One teacher who left because of this atmosphere was an expert in Autism. A few years ago when she was still at the high school and thinking of applying for a SED position that was becoming available, she was told by Mr. Mistretta not to bother applying for the job because he "wanted a man in that position". She ended up taking over the Special Needs class and created a wonderful program for Special Needs and Autisitc students, one of whom was the most complicated and explosive student I have ever seen. Gosia would often go home bitten and bruised while trying to restrain this student. This student is now a different person because of what Gosia has done with her. Mr. Mistretta had never visited her Special Needs program, and knew nothing of her students. She felt ignored and unappreciated. Once he was supposed to meet with Gosia, but before she came to his office he said to Pat Phillips in voice where others could hear, "She's another one I'd like to get rid of." Before she left, she offered to stay on and train the new person, Mr. Mistretta's response was, "**tell her to get out of here.**" Losing this valuable person was a loss to East Lyme. When she left, she wrote some parting notes that I have attached as well as her mission statement. Please read them, it was a shame to lose her.

I have a right to work in an environment where students are our priority, sexist comments are not made, policies and practices are followed, and I do not feel threatened and fearful. I should be valued for my opinions, experience, and expertise and not harassed and sworn at if I express my concerns. I demand an environment where I do not feel scared and helpless. Mr. Mistresta is a creative and progressive administrator, but this does not come without costs to the people he bullies. When he makes policies and decisions based on his own agendas and it ends up hurting students, it is not right. His discriminating comments and attitudes toward women faculty members trickle down in various ways to the students and this is unconscionable. His harassing actions and threatening comments make it difficult to perform my job at times to the best of my abilities and this hurts kids.

I came back this year to fight for the students, and for my self worth. I hope by disclosing this information, these assaults will come to a stop. I hope for the sake of the students of East Lyme, you who are in charge see how destructive his decisions and comments are and have been, and you take action to safeguard teachers and students from further degradation.

                                                    Respectfully submitted,

                                                   Geraldine Wright

self directed when it comes to working with kids ( I have had to tell him what to do each period), he has had dyslexic kids read to themselves, and he has been absent twice in the last two weeks. Neither time when Tim has been out have we had coverage, and both days Gosia had PPT's so basically the students did not receive support, again.

    I have had many different people in my room working with my kids over the last 10 years, I know right away who has the understanding to do a good job and who doesn't. It is an important job and needs to be taken seriously, and having me involved in the selection could save us many false starts. I do not believe Tim is the person for this job. I don't feel he is committed. He does not have the expertise or experience to do this job well. In order for me to fulfill the responsibilities of my job, I have to be out of the room for evaluations, meetings, and conferences. We need to have a person in the room who is consistently there, who is responsible, who understands the learning disabilities of the students, and who can keep the ball rolling. There are many people out there who fit this bill and want this job. I do not need another person in the room who needs to be directed every minute and does not have empathy for these kids. One teacher and a continual flow of subs have not and cannot meet the IEP's of the 36 kids we service in this program. Please give us the qualified staff to do a decent job, and prevent any further degradation of this program.

1997  
1998  
school year

Diane, Gerry G., Gina, Wally, Barb, Gerry O., Alison:

This is our budget now. — The school takes ½ of it for school supplies. Please take note as you fill out your purchase orders.

Memo on Budget #2

Ann also asked that you show me your P.O.'s before giving them to her.

Thanx !!  
— Cheryl Race



November 7, 1996

Dear Jerry,

This is in response to your request to write down my concerns about the tutor situation in my resource room program. I am gravely concerned that the program has been jeopardized by insufficient and unqualified personnel and that as a result, the IEP's of the students in the program are not being met. I have been raising this concern since September, when an intern with no experience or educational background was placed in my program and the tutor position was eliminated.

It is important that you know the impact this situation has had on my program. I have students in my program who have not worked with a person with a special ed degree yet this year. Since the intern has left we have had so many subs the students make jokes about how long this person will be here for. We have had periods when we are due to go to PPT's and we have no coverage, let alone a person who understands these kids needs. Over and over again, it becomes a lost period and my kids don't get any help. In one of my periods my kids have seen 12 different tutor/subs so far in their resource room, in 13 classes. Tomorrow I have a PPT and Tim will not be in the room because he is going to be in Freshman Academy. This will be the 13th teacher, if I can get coverage, the kids will have had that period. These students are sensitive about their learning disabilities and find it very difficult to tell a stranger they cannot read or do math. So when they have another sub, they just fake doing homework, and say they do not need help. My room should be a place where it's ok to have a learning disability, they should be able to relax and learn in a non threatening environment. For many, it is a haven. It's really unfair this has been taken away from them. My program has become no more than a study hall, and that really bothers me.

Another situation that has been ignored has to do with another crucial support that I am without. For a month now we have not had a working computer in my room. It is hard to give support to kids with writing disabilities without a computer. Sandy knows about this but has gotten no phone calls returned to her from the central office. I feel like my program is being ignored. Going to the lab with the kids is not an option, they feel uncomfortable dictating in front of other kids. I do not even have that option now, however, since the tutor situation in my room is so bad. Basically I have not been able to work with kids on writing, another IEP violation.

This brings me to the topic of Tim. Under the circumstances, with what my program has gone through, I feel the position should have been given to someone with a proven track record. It was unfortunate Tim was put in my room after he was not successful in another program. Since he has started, he has shown up late, left early to set up for freshman academy without asking, has not been

*Re. last yrs CD budget*

**Memmo on Budget**

TO: All Special Education Teachers
FR: Cheryl Race
RE: Budgets
DT: 5/29/98

I spoke to GMM in reference to the concern about the budget freeze and where the money goes when we do not get it back. He verified what I had thought; all extra budget money goes toward the deficit we have in Special Ed. ( ex. this year it is the $100,000 kid from Florida). I also discussed with him the concern about the budget paperwork reading as if we spent all the money rather than 50% of it, he said that the whole budget is that way and everyone (including BOE members) is aware of this.

I hope this clears up some of your questions and concerns. Please see me with anything else.

Thanks!

CR — I asked at a dept. mtg. why the board of Ed thought my CD dept. had spent $1400.00 when we had only received $700 — where is the other $700?