**EXHIBIT 4**

# EPPS -V- MISTRETTA - DIANE CLAUSSEN - 2/25/03

## Page 1 to Page 172

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY: NIZIANKIEWICZ & MILLER

*NIZIANKIEWICZ & MILLER*
*972 Tolland St.*
*East Hartford, CT   06108-1533*
*Phone:   860-291-9191*
*FAX:   860-528-1972*

Page 9

1  Q. And those were dated prior to '98?
2  A. Uh-huh, yes.
3  Q. And when you say you referred to your
4  statement, is that different than your journal?
5  A. Yes.
6  Q. What statement are you referring to there?
7  A. There was a statement that we eventually
8  presented to Jack Reynolds.
9  Q. And, again, when you say "we," are you
10 referring to Geri Wright?
11 A. Uh-huh. And Maureen Epps.
12 Q. Maureen Epps as well?
13 A. Uh-huh.
14 Q. Anyone else?
15 A. As far as statements?
16 Q. Right.
17 A. No.
18 Q. When did you submit that statement to Mr.
19 Reynolds?
20 A. I don't remember the exact date.
21 October. I don't remember.
22 Q. Did you have an opportunity to review
23 Gerald Mistretta's deposition testimony?
24 A. Yes.
25 Q. In advance of that you told me before

Page 10

1  there were no other documents that you viewed. Is
2  that one you reviewed?
3  A. Yes, it is.
4  Q. Were there any other documents that you
5  reviewed prior to your deposition?
6  A. As I said, in the journal we also inserted
7  various memos through the year.
8  Q. Prior to your deposition, did you meet
9  with anybody to discuss your testimony today?
10 A. I met with Geri Wright.
11 Q. Anybody else?
12 A. My attorney somewhat. Just to ask
13 questions.
14 Q. Attorney Parenteau?
15 A. Uh-huh.
16 Q. Anyone else?
17 A. Maureen Epps.
18 Q. And when did you meet with Attorney
19 Parenteau?
20 A. We met the week before last.
21 Q. Other than meeting with Attorney Parenteau
22 the week before last, did you have an opportunity to
23 meet with him before the deposition today?
24 A. Just briefly before we met here.
25 Q. How about Geri Wright; when did you meet

Page 11

1  with her to discuss your deposition?
2  A. Last night.
3  Q. And what did you discuss with Geri Wright
4  regarding your deposition today?
5  A. I think we reviewed basically
6  chronologically, as best we could, the events
7  particularly in the last -- from '98 on, five years.
8  Q. What else, if anything, did you discuss
9  with Geri Wright prior to your deposition today?
10 A. Just anticipating what kinds of questions
11 might be asked.
12 Q. What questions did you anticipate?
13 A. How we were retaliated against. What
14 actions were taken against us. It was really to
15 review the sequence of events one more time.
16 Q. And when you say "retaliated against," is
17 there any specific individual you're referring to?
18 A. Gerald Mistretta.
19 Q. Anybody else?
20 A. No.
21 Q. When did you speak with Maureen Epps
22 regarding your testimony today?
23 A. Last night.
24 Q. And what did you discuss with Maureen
25 Epps?

Page 12

1  A. I didn't talk with her directly.
2  Q. Who did you speak with?
3  A. She was talking to Geri Wright on the
4  telephone, and she relayed things to me.
5  Q. Where were you physically when you had --
6  A. At home.
7  Q. Geri Wright was at home with you?
8  A. Yes. She came to my house.
9  Q. Were you on a conference call?
10 A. No. She was just talking to her on the
11 phone.
12 Q. And what information did Geri Wright relay
13 to you from Maureen Epps regarding her deposition
14 testimony?
15 A. That it took a good part of the day. I
16 can't remember some of the specifics that she was
17 asked, but it was more, I think, just relaying that
18 she was glad it was over with. Some specific
19 questions that she was asked about that she was
20 rather surprised about, like, when she was
21 divorced. I can't remember some of the specific
22 answers she gave. It was fairly general.
23 Q. Other than the divorce --
24 A. I didn't hear all of it.
25 Q. Other than that divorce issue, were there

### Page 13

1  any other issues that you can remember that she was
2  surprise about?
3     A.   The only one that I remember specifically
4  was asking about how much she thought she should get
5  for the settlement. I believe that was it. And
6  that she didn't remember dates as well as she wished
7  she could have.
8     Q.   Do you recall anything else from Geri
9  Wright relaying information from Maureen Epps to you
10 during that conversation?
11    A.   Not really.
12    Q.   Ms. Claussen, have you ever been involved
13 any prior lawsuits?
14    A.   No.
15    Q.   Have you ever given testimony in court?
16    A.   No.
17    Q.   You've never given testimony in a
18 deposition?
19    A.   No.
20    Q.   Other than Maureen Epps, Geri Wright and
21 Attorney Jim Parenteau, did you meet with anybody
22 else to discuss your testimony today?
23    A.   No.
24    Q.   Did you have any other conversations with
25 anyone else regarding your testimony today?

### Page 14

1     A.   Do other people know about my testimony?
2     Q.   Did you have any conversations with anyone
3  else other than the people we've just talked about
4  regarding your testimony?
5     A.   Sherry Meier is the only person.
6     Q.   When did you have the discussion with
7  Sherry Meier regarding your testimony today?
8     A.   She just knows that I'm giving a
9  deposition today.
10    Q.   How does she know that you're giving a
11 deposition today?
12    A.   I told her.
13    Q.   What did you tell her?
14    A.   Just that.
15    Q.   When did you tell her?
16    A.   Last week.
17    Q.   What did you discuss with Sherry Meier
18 about your deposition testimony today?
19    A.   I don't remember. It wasn't anything
20 specific. I didn't know what I was going to testify
21 about, per se, so I didn't --
22    Q.   Did you review any documents with Sherry
23 Meier prior to your testimony today?
24    A.   No.
25    Q.   What did Sherry Meier tell you, if

### Page 15

1  anything, regarding your deposition testimony today?
2     A.   Nothing.
3     Q.   So you had a conversation with her about
4  your testimony, and she didn't tell you anything?
5     A.   No. Actually, Sherry Meier talked to
6  Maureen Epps about Jerry Mistretta's deposition.
7     Q.   How do you know that Sherry Meier talked
8  to Maureen --
9     A.   Because she talked to me.
10    Q.   Please let me finish my question.
11 How do you know that Sherry Meier talked
12 to Maureen Epps regarding Mr. Mistretta's
13 deposition?
14    A.   Because she talked to me about it. That
15 was the week before last.
16    Q.   What did Sherry Meier tell you about Mr.
17 Mistretta's deposition?
18    A.   We discussed different points that seem to
19 be inaccurate.
20    Q.   What were the points you discussed with
21 Sherry Meier regarding Jerry Mistretta's deposition
22 that you believe were inaccurate?
23    A.   I can't remember all of them, but I think
24 one thing was the fact that he stated that the
25 reason he made the special education program was

### Page 16

1  because we were not in compliance with the law.
2  Sherry's mentioned in that deposition, so she talked
3  about the inaccuracies and things that he said about
4  her. I can't remember any others right now.
5     Q.   Did Sherry Meier tell you that she
6  reviewed the deposition transcript of Jerry
7  Mistretta?
8     A.   No.
9     Q.   How do you know that Sherry Meier was
10 aware of the contents of Mr. Mistretta's
11 deposition?
12    A.   She talked to Maureen Epps and had either
13 read or been told parts of it. I don't know.
14    Q.   Can you tell me why the stated reason for
15 Mistretta's reorganization was not in compliance
16 with the lawsuit? Why do you disagree with his
17 point there?
18    A.   I have no idea why. He said we were out
19 of compliance with the law.
20    Q.   Do you know whether you were in compliance
21 with the law?
22    A.   Yes, we were.
23    Q.   How do you know?
24    A.   He never shared that information. He
25 never told us directly that we were out of

Page 17

1  compliance.
2     Q.   The question is, do you know that you were
3  in compliance with the law?
4     A.   From what I've read of IDEA, we were
5  certainly in compliance with the law in terms of the
6  kinds of resource programs we had.
7     Q.   Are there any other reasons why you think
8  Mistretta's statement about the reorganization was
9  not in compliance with the law is inaccurate?
10    A.   He said something about least restrictive
11 environment, which didn't make sense because the
12 resource rooms we had at that time, all of our
13 students were in the mainstream setting.
14    Q.   Anything else that you thought was
15 inconsistent?
16    A.   In regards to what?
17    Q.   In regards to the inconsistencies that you
18 believe were in Jerry Mistretta's deposition.
19    A.   The only other consistency was -- or
20 something I disagreed with was saying that the
21 resource room -- that Geri Wright and I were trying
22 to give the more difficult students with more
23 discipline problems to another teacher. Basically,
24 what he claimed was that we were trying to keep only
25 the high-functioning learning disabled students in

Page 18

1  our program.
2     Q.   Can you recall any other inconsistencies?
3     A.   When I said I wanted to go on record as
4  saying that didn't agree with the change and that I
5  thought it was too much change too fast, he replied
6  that he wanted to go on record as saying that if I
7  spoke to any parents, which I -- he said in his
8  deposition that I, in fact, said I would call
9  parents and talk to them, and that was not true. I
10 never said that.
11    Q.   Any other inconsistencies that you can
12 recall?
13    A.   He said that he, in fact, had met with us
14 before the change to discuss the change, and he did
15 not.
16    Q.   And when you say "discuss the change," are
17 you referring to the reorganization?
18    A.   The reorganization.
19    Q.   Do you know what date that took place?
20    A.   April in 1990.
21 MR. SZILAGYI:    What was the date?
22 THE WITNESS:    No. April 2000.
23 Sorry. April 2000.
24    Q.   (By Mr. Brady) So the reorganization
25 you're referring to took place in April 2000?

Page 19

1     A.   Uh-huh. Or was it '99? It was '99.
2  Sorry. It was April '99.
3     Q.   Okay. At the time of the reorganization,
4  you claim that the reorganization was in compliance
5  with the law. What, if anything, did you do at the
6  time frame prior to the reorganization to confirm
7  that it was in compliance with the law?
8     A.   We didn't know if we were in compliance
9  with the law. That was never ventured.
10    Q.   Did you do anything to confirm that you
11 were in compliance with the lawsuit?
12    A.   Why would we? No one told us we were not
13 in compliance with the law.
14    Q.   You used the term "least restricted
15 environment." Can you tell me what that means?
16    A.   You try and have special education
17 students be a part of the regular education as much
18 as possible. It's an attempt to keep them in a
19 regular education environment as much as possible.
20    Q.   And where does that term come from?
21    A.   It actually comes from much earlier law,
22 believe, in 1976. That's actually where the that
23 term is from.
24    Q.   We'll come back to those. I just want to
25 go over some general background information with

Page 20

1  you. Can you tell me your present address?
2     A.   76 Corey Lane Manor, No. 7, Niantic.
3     Q.   And what is your date of birth?
4     A.   4/6/45.
5     Q.   And your Social Security number?
6     A.   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.
7     Q.   What is your place of birth?
8     A.   Houston, Texas.
9     Q.   Are you married?
10    A.   No.
11    Q.   Have you ever been married?
12    A.   Yes, I have. Twice.
13    Q.   To whom have you been married?
14    A.   Jack Pinkerton and Carl Fontneau.
15    Q.   When were you married to Jack Pinkerton?
16    A.   I'm trying to remember when I got
17 married. I was divorced in '78.
18    Q.   You were divorced from Mr. Pinkerton in
19 1978?
20    A.   Uh-huh.
21    Q.   How about Carl Fontneau?
22    A.   I was divorced from him in 1988.
23    Q.   Where were you married to Jack Pinkerton?
24 Was that in Connecticut?
25    A.   Yes. I was married in Massachusetts.

## Page 21

1  Q. How about Fontneau?
2  A. Mr. Pinkerton?
3  Q. Which on were you married to in
4  Massachusetts?
5  A. That was Carl Fontneau.
6  Q. How about Mr. Pinkerton?
7  A. In Houston.
8  Q. Do you have any children?
9  A. Two sons.
10 Q. And are those with your marriage with Mr.
11 Pinkerton?
12 A. Yes.
13 Q. Both?
14 A. Yes.
15 Q. What are their names?
16 A. Michael Pinkerton and Philip Pinkerton.
17 Q. What are their ages?
18 A. Michael is 34 and Philip is 29.
19 Q. Do you have any grandchildren?
20 A. No.
21 Q. Who presently lives with you?
22 A. No one.
23 Q. Do you rent or do you own?
24 A. I own.
25 Q. Are you taking any prescription

## Page 22

1  medication?
2  A. Occasionally Vioxx for arthritis. That's
3  all.
4  Q. And who prescribed the Vioxx for you?
5  A. I don't remember. A podiatrist.
6  Q. How long have you been taking that
7  medication?
8  A. About a year.
9  Q. Have you ever treated with a psychologist
10 or psychotherapist?
11 A. An MSW I went to while I was still married
12 to Carl.
13 Q. And who was that, do you know?
14 A. Nope. I can't remember her name. It was
15 awhile ago.
16 Q. Was it in Connecticut?
17 A. Yes.
18 Q. I'd like to ask you questions about your
19 education. Can you tell me your highest level of
20 education?
21 A. I have an MA from Saint Joseph's College.
22 Q. When did you receive that?
23 A. 1989.
24 Q. Is that West Hartford Saint Joseph's?
25 A. Yes.

## Page 23

1  Q. Any other degrees?
2  A. I have a bachelor's in science from the
3  University of Houston. That was in '69.
4  Q. Do you hold any other degrees?
5  A. No.
6  Q. How many year program is the MA at Saint
7  Joseph's College?
8  A. I did it in night school at night and
9  summers, so it probably took me a couple years.
10 Q. Were you ever disciplined in an academic
11 setting at Saint Joseph's College?
12 A. No.
13 Q. Did you receive any discipline of any sort
14 at Saint Joseph's College?
15 A. No.
16 Q. Your BS is from the University of Houston.
17 Is that a four-year degree?
18 A. Yes.
19 Q. And what was your major?
20 A. Special education.
21 Q. And were you ever disciplined in an
22 academic setting at the University of Houston?
23 A. No.
24 Q. Have you ever been arrested?
25 A. No.

## Page 24

1  Q. Where are you presently employed?
2  A. East Lyme High School.
3  Q. And what is your present position?
4  A. Resource room teacher, tenth grade.
5  Q. Any particular area?
6  A. No. It's a noncategorical resource room.
7  Q. Do you teach learning disabled students?
8  A. I do.
9  Q. Do you currently hold any other positions
10 at East Lyme High School?
11 A. No.
12 Q. What is your present salary?
13 A. Approximately $58,000.
14 Q. When did you first begin employment with
15 East Lyme High School?
16 A. I'm on my 23rd year, so 1980.
17 Q. Prior to your employment at East Lyme High
18 School, were you employed as a teacher?
19 A. Yes.
20 Q. Where was that? Where were you employed?
21 A. Prior?
22 Q. Prior.
23 A. In Massachusetts.
24 Q. Where was that?
25 A. George Austin Middle School.

Page 25

1  Q.  Where is that located?
2  A.  Lakeville, Massachusetts.
3  Q.  For how long were you employed there?
4  A.  Two to three years. I'm not sure which.
5  Three years.
6  Q.  Was that your first teaching job?
7  A.  No.
8  Q.  Prior to that position where were you
9  employed?
10  A.  It was in Texas at an elementary school.
11  I can't remember the name of it. I was there for a
12  year.
13  Q.  Do you know where that was located in
14  Texas?
15  A.  I was actually in Alden, Texas.
16  Q.  What was your position there?
17  A.  I was a first grade teacher. Back up. I
18  just remembered. Waller, Texas. That was actually
19  next, Waller, Texas.
20  Q.  So were you also employed in Alden, Texas,
21  but you can't remember the name?
22  A.  Yes, correct.
23  Q.  How many different places were you
24  employed in Texas?
25  A.  I did my student teaching with the special

Page 26

1  education program.
2  Q.  When was that?
3  A.  It would have been sometime before I got
4  my degree. Probably '68, I believe, I would have
5  done my student teaching. We moved to Waller,
6  Texas, and I taught kindergarten there after that.
7  Q.  Your first job as a student teacher, was
8  that with learning disabled students?
9  A.  No. That was mental retarded, pretty
10  severely mentally retarded.
11  Q.  How long was that student teaching
12  program?
13  A.  I did student teaching the first half of
14  the year, and then I finished out the year. I was
15  pregnant, so I took a little time off, and then we
16  moved to Waller, and I taught kindergarten in
17  Waller, Texas.
18  Q.  Do you remember the name of the
19  institution in Waller, Texas?
20  A.  No. It was one of the elementary schools
21  in the Waller school system.
22  Q.  How long were you employed in Waller,
23  Texas?
24  A.  About a year and a half. Then my
25  pregnancies, you know, another child on the way.

Page 27

1  Q.  So after your employment in Texas, when
2  did you relocate to Massachusetts?
3  A.  After my divorce I moved back to
4  Massachusetts. I had grown up there.
5  Q.  And that was around 1978?
6  A.  It was after the blizzard of '78. That's
7  how I can remember. It was the next school year.
8  Q.  And you started at -- which school is
9  that?
10  A.  That was at George Austin High School.
11  Q.  What was your position at George Austin
12  School?
13  A.  My first year I had a diagnostic
14  classroom. I basically worked with kids who had
15  been suspended. It was sort of an in-school
16  suspension program. Then the next year I was hired
17  for learning disabilities in the resource room
18  program.
19  Q.  Was that a full-time position when you
20  started at George Austin?
21  A.  Yes.
22  Q.  That was the suspension program?
23  A.  Yes.
24  Q.  Was the LD resource room a full-time
25  position?

Page 28

1  A.  Yes, it was.
2  Q.  Do you remember your starting salary at
3  George Austin?
4  A.  No, I don't.
5  Q.  Were you ever disciplined in any school
6  setting in your employment with the schools in
7  Austin or -- not Austin -- in either of the schools
8  you mentioned?
9  A.  No.
10  Q.  How about in Massachusetts, George Austin?
11  A.  No.
12  Q.  Did you receive any written warnings?
13  A.  No.
14  Q.  Any verbal warnings?
15  A.  No.
16  Q.  How long were you employed there?
17  A.  I want to say three years.
18  Q.  Did you hold any other positions at that
19  school?
20  A.  No.
21  Q.  Who was the principal of the George Austin
22  School?
23  A.  Now?
24  Q.  Then.
25  A.  I don't remember.

Page 29

1  Q.  And after you completed your employment
2  with the George Austin School, is that when you came
3  to East Lyme?
4  A.  Yes.
5  Q.  Did you have any positions –
6  A.  I married again and moved to Connecticut.
7  Q.  Were there any other reasons why you left
8  the George Austin School in Massachusetts other than
9  your marriage?
10  A.  No.
11  Q.  Did you resign?
12  A.  I got another job.
13  Q.  Did you hold any other positions between
14  George Austin School and your employment with East
15  Lyme?
16  A.  No.
17  Q.  When you started your employment with East
18  Lyme High School, what was your first position?
19  A.  I was at the middle school. It was then
20  the junior high school. Learning disabilities. I
21  was a teacher.
22  Q.  Do you recall what your salary was at that
23  time?
24  A.  No.
25  Q.  Were you a full-time teacher at that time?

Page 30

1  A.  Yes.
2  Q.  Who did you report to in that position?
3  A.  At that time the pupil personnel director
4  was Dick Otto, and he was more – it was not
5  building-based management at that time, so he was
6  really the person that I reported to.
7  Q.  Is Dick Otto still employed by East Lyme?
8  A.  No, he's not.
9  Q.  Do you know when he finished employment?
10  A.  He's retired now. Two years ago.
11  Q.  What was your next position with the East
12  Lyme school system?
13  A.  I then moved to the high school level
14  again as a resource room teacher.
15  Q.  Did you ever receive any discipline in
16  your position as LD teacher in the junior high
17  school?
18  A.  No.
19  Q.  Any written warnings?
20  A.  No.
21  Q.  Any verbal warnings?
22  A.  No.
23  Q.  What was your first position when you
24  moved to the high school?
25  A.  There was a learning disabilities resource

Page 31

1  room program.
2  Q.  Was that a full-time position?
3  A.  Yes, it was.
4  Q.  And how long were you in that position?
5  A.  I have been in that position.
6  Q.  That's your current position?
7  A.  Yes, it is.
8  Q.  Other than those two positions, did you
9  hold any other positions at the East Lyme school
10  system?
11  A.  No.
12  Q.  Did you do any volunteer work for the high
13  school?
14  A.  I was class advisor.
15  Q.  When were you class advisor?
16  A.  I think from '89 to '93. It was when my
17  son was graduating, so that was his class.
18  Q.  Any other volunteer positions?
19  A.  No.
20  Q.  So did you stop the class advisor position
21  in '93? Did you cease in your volunteer position of
22  class advisor in '93?
23  A.  Yes, I did.
24  Q.  That's when your son graduated?
25  A.  Yes.

Page 32

1  Q.  What were your responsibilities as
2  volunteer class advisor?
3  A.  We attended any functions that they had as
4  a class. We had meetings with the class probably on
5  a monthly basis. We planned things like the prom,
6  you know, all the class trips and senior activities
7  with them and pretty much just followed them through
8  their – I started in their sophomore year, and
9  anything that needed to be taken care of at a class
10  meeting, we would run a meeting with the class.
11  Q.  Between 1989 and 1993 where would you hold
12  the class outings?
13  A.  Sometimes at – I think we had one at
14  Rocky Neck Park. They had dances at the school.
15  They had a winter ball. The prom was held at
16  Seaman's.
17  Q.  How about the class outing?
18  A.  The Block Island trip, we were doing that
19  even then. The senior dance was over at Port and
20  Starboard. That's all I can recall.
21  Q.  Can you tell me what your responsibilities
22  are as a learning disabilities teacher, your present
23  position?
24  A.  Students come in and out of a study hall
25  time to receive support for their classes, their

Page 33

1  academic classes, to try and work on areas that are
2  specific to their learning disabilities. If they
3  have a learning disability, we help them with
4  organization. We do re-teaching if we need to,
5  teach them strategies on how to deal with the
6  content-area of information.
7      Q.   What was that?
8      A.   Teaching them strategies to deal with
9  content-area materials. I work on self-advocacy
10 skills from the time they come in and continue all
11 the way through to when they become able to go on an
12 as-needed basis, where they are exited from the
13 program. I attend at least once a year an annual
14 review, and for some students that may be as many as
15 four or five PPTs, depending on the need. I test
16 students. I am responsible for doing the
17 educational portion of triennial reviews. And if I
18 have a student who is in the process of an
19 evaluation, then I have to do a full-blown
20 evaluation, which is a little more extensive in
21 terms of the kind of testing and report that needs
22 to be written. It requires contact with parents,
23 some more than others.
24     Q.   Anything else?
25     A.   Meeting with teachers, case reviews,

Page 34

1  meeting with consultants. I have a blind student
2  that I meet with a consultant on a regular basis. I
3  am also part of the student study team that meets
4  every week, and I have a number of students that I
5  have to consult with the school psychologist about.
6      Q.   Anything else?
7      A.   Not that I can think of right now.
8      Q.   Then when you say students come out of
9  study hall for support for classes, can you explain
10 that? How do you do that?
11     A.   Sometimes students need to have
12 assignments read to them. They may need to have a
13 strategy for beginning a paper in terms of
14 pre-writing strategies, how to organize information,
15 taking notes. The idea is that we try and give them
16 the assistance they need in order to be successful
17 in their classes in terms of getting homework
18 completed.
19     Q.   Are these learning disabled students?
20     A.   Some of them are.
21     Q.   Any other categories of students that you
22 assist for study halls?
23     A.   I have attention deficit, and other health
24 impaired students would be there. They're special
25 education label, and they often are disorganized, so

Page 35

1  they would need help in keeping track of
2  assignments, note-taking, just being able to keep up
3  with the demands of handling maybe four or five
4  academic classes.
5      Q.   What group of students are you
6  specifically responsible for as a tenth grade
7  teacher?
8      A.   There are two resource rooms for tenth
9  grade, and we each have a case load that pretty much
10 divides in terms of numbers. The students that are
11 by PPT have been placed into a resource room
12 program.
13     Q.   How many LD teachers are there currently
14 at East Lyme High School?
15     A.   Well, I think a better way to put it is
16 how many special education teachers because LD
17 teachers are -- that's really something that I think
18 not everyone has the same level of expertise in
19 teaching learning disabilities or teaching kids who
20 where emotionally disturbed. Technically, you have
21 a special education degree, but there are varying
22 degrees as far as people's expertise in the areas
23 that they have more experience in.
24     Q.   Let's start with that. How many special
25 educations teachers are there currently at East Lyme

Page 36

1  High School?
2      A.   Full time or part time?
3      Q.   If you could break it down by both.
4      A.   Eleven.
5      Q.   And those teachers make up the East Lyme
6  High School special education department?
7      A.   Yes.
8      Q.   Are those full-time teachers, do you know?
9      A.   Not all full-time.
10     Q.   How many part-time teachers, do you know?
11     A.   Four of them are part-time.
12     Q.   Under the special education department at
13 East Lyme High School, could you tell me what
14 different categories of teachers there are?
15     A.   There are no categories.
16     Q.   You told me LD teachers --
17     A.   There's programs, not categories, of
18 teachers.
19     Q.   Can you describe that for me?
20     A.   There's the resource room program,
21 therapeutic program and a special needs program.
22     Q.   And under what program do you work?
23     A.   Resource room programs.
24     Q.   Have you ever worked in a different area?
25     A.   I worked with kids who are mentally

Page 37

1  retarded a long time ago.
2    Q.   When was that, do you know?
3    A.   That was when I first started teaching,
4  and I worked more specifically in an LD resource
5  room.
6    Q.   When did you start in that position?
7    A.   When I started in Massachusetts I started
8  working with an LD program.
9    Q.   Are there any other types of teachers in
10 the special education department? Do you have
11 aides?
12   A.   We used to have tutors that they've now
13 renamed, and then we have instructional aides.
14   Q.   So the tutors were renamed to
15 instructional aides?
16   A.   No. I still just call them tutors. I
17 would have to -- I can't remember exactly the name
18 for it, but it's a higher paying category than
19 instructional aide.
20   Q.   Tutor is a higher paying category than
21 instructional aide?
22   A.   Yes.
23   Q.   So you have tutors and aides?
24   A.   Yes.
25   Q.   Any other types of teachers in the special

Page 38

1  education department?
2    A.   No.
3    Q.   What about the special education support
4  staff; can you describe that for me?
5    A.   That is the special education support
6  staff.
7    Q.   Are there any other types of support staff
8  for the special education department?
9    A.   No.
10   Q.   When, if you know, were the tutors' names
11 changed to instructional aides?
12   A.   It was actually the year before last.
13   Q.   Is that the 2001 school year?
14   A.   Yes, it would have been.
15   Q.   What are the job responsibilities of a
16 special education tutor, if you know?
17   A.   They're supervised by the teacher, special
18 education teacher. They don't go to PPT meetings.
19 Their responsibilities are in the program itself in
20 terms of working with students under the supervision
21 of a special ed teacher. Many of them are certified
22 teachers themselves. They don't have lesson plans,
23 per se.
24 I forgot to mention I do teach one reading
25 class this year, so if she were to cover for that

Page 39

1  class if I were out, she would follow my lesson
2  plans.
3    Q.   So does a special education teacher
4  provide instruction for the tutor?
5    A.   Supervision.
6    Q.   But not all -- do all necessarily give
7  them a lesson plan?
8    A.   No, you wouldn't have to because our
9  students aren't taught lesson-planned programs
10 anyway. The only instance would be, as I said, in a
11 reading class that I'm teaching, which would require
12 that she follow my lesson plan, and I would give her
13 a lesson plan to follow.
14   Q.   Where are the tutors currently located in
15 East Lyme High School?
16   A.   They're in the resource room programs.
17   Q.   Do they have their own rooms? Can you
18 describe how it's situated?
19   A.   No. They work together.
20   Q.   Do you know how many tutors there are in
21 the special education department currently?
22   A.   No, I don't.
23   Q.   Is each teacher assigned its own tutor?
24   A.   Usually. But I don't know anymore who are
25 tutors and who are instructional aides.

Page 40

1    Q.   Can you describe for me what the job
2  responsibilities of an instructional aide are?
3    A.   I don't have one right now, but when I
4  have had one, they've had similar responsibilities
5  to the tutor.
6    Q.   How does an instructional aide differ from
7  a tutor?
8    A.   They get less money and not as highly
9  qualified. In most cases they do not have the
10 training that a tutor would have.
11   Q.   Do you know what the job qualifications
12 are for an instructional aide?
13   A.   They don't have to have a college degree.
14 I think that is in the works. They're trying to
15 change that, but right now they don't.
16   Q.   Are instructional aides employed as a
17 full-time or part-time position, do you know?
18   A.   Usually full-time.
19   Q.   And do instructional aides assist the
20 teacher in the resource room?
21   A.   Yes.
22   Q.   Could a teacher be assigned a tutor as
23 well as an instructional aide?
24   A.   Yes.
25   Q.   How often does that happen?

### Page 41

1   A.   It depends sometimes on numbers and need.
2   I'm not sure how that's actually decided. That's
3   the principal's decision.
4   Q.   Do you currently have a tutor assigned to
5   you?
6   A.   Yes, I do.
7   Q.   Who is that?
8   A.   Her name is Kathy Schuch.
9   Q.   Do you have an instructional aide assigned
10  to you?
11  A.   No, I don't.
12  Q.   When was Kathy Schuch assigned to you as a
13  tutor?
14  A.   Last year. Not this school year, but last
15  school year.
16  Q.   How many students do you currently have in
17  your tenth grade position?
18  A.   Twenty-one.
19  MR. SZILAGYI:   What was the last
20  question?
21
22  (Question was read)
23
24  Q.   (By Mr. Brady) In the preceding school
25  year, what was your position?

### Page 42

1   A.   Resource room teacher.
2   Q.   Is that a learning disabled resource room
3   teacher?
4   A.   No. Just resource room teacher.
5   Q.   And what grade level was that?
6   A.   Ninth graders.
7   Q.   Do you know how many students you had last
8   year in your ninth grade position?
9   A.   At one time I think I had 25. It varied.
10  Q.   How would it vary?
11  A.   Several of the students went to
12  alternative ed. One went to alternative -- two went
13  to alternative ed, and one went the therapeutic.
14  Sometimes I have diagnostic placements who are then
15  determined not to be eligible, so the number varies.
16  Q.   How would a student be transferred to an
17  alternate ed program?
18  A.   PPT decision.
19  Q.   Same for therapeutic?
20  A.   Yes, definitely.
21  Q.   Last year in your ninth grade position did
22  you have a tutor?
23  A.   Yes, I did.
24  Q.   Who was that?
25  A.   Kathy Schuch.

### Page 43

1   Q.   Did you have an instructional aide last
2   year?
3   A.   No, I did not.
4   Q.   Prior to your ninth grade teacher
5   position, what grade level did you teach?
6   A.   Seniors, twelfth graders.
7   Q.   Was that in the 2000/2001 academic year?
8   A.   Yes.
9   Q.   Was that also a resource room position?
10  A.   Yes, it was.
11  Q.   How many students did you have in your
12  twelfth grade position?
13  A.   Eighteen.
14  Q.   Did you have a tutor?
15  A.   Yes, I did.
16  Q.   Who was your tutor?
17  A.   She was part-time.
18  Q.   What was her name?
19  A.   Holly Golart.
20  Q.   And she was a part-time tutor?
21  A.   She was in another resource room part of
22  the time. She was not hired until the end of
23  September, I believe.
24  Q.   What other resource room was Holly Golart
25  assigned to?

### Page 44

1   A.   She was assigned to Sherry Meier's
2   resource room one block a day.
3   Q.   How many blocks do you have in your
4   current position?
5   A.   Four a day, so there's eight blocks.
6   Q.   Did the number of blocks vary over the
7   years, or was it the same?
8   A.   No.
9   Q.   Always how many blocks?
10  A.   The first four blocks in day one, and the
11  other four blocks in day two.
12  Q.   Prior to your twelfth grade resource room
13  position, what level did you teach?
14  A.   I had eleventh graders.
15  Q.   And was that in the 1999/2000 year?
16  A.   Yes.
17  Q.   Were you assigned a tutor during that
18  year?
19  A.   Yes.
20  Q.   Who was that?
21  A.   Jeremy Turner. Back up. It wasn't
22  Jeremy. She would have been in the special needs
23  program, and they moved her to my program. I had an
24  instructional aide that year as well. I don't
25  remember her name.

Page 45

1  Q. How about the instructional aide; do you
2  remember his or her name?
3  A. No.
4  Q. During the 1999/2000 academic year, you
5  were assigned both a tutor and instructional aide?
6  A. (Nod, yes).
7  Q. Did you say yes or no?
8  A. Yes.
9  Q. How many students did you have in your
10 eleventh grade position in the resource room
11 position during the 1999/2000 year?
12 A. I don't recall the number. That year it
13 was over 20. I don't remember the exact number.
14 Q. Prior to your eleventh grade position as
15 resource room teacher, what level did you teach?
16 A. I was a learning disabilities teacher at
17 that point, and I had kids from ninth through
18 twelfth grade.
19 Q. And is this in the 1998/1999 academic
20 year?
21 A. Pardon me?
22 Q. I'm sorry. What year are we talking about
23 now? Is this 1999 through 2000?
24 MR. SZILAGYI: '98/'99.
25 Q. (By Mr. Brady) '98/'99 you were an LD

Page 46

1  teacher at that time?
2  A. Uh-huh.
3  Q. Were you assigned a tutor?
4  A. Yes.
5  Q. Do you know who that was?
6  A. Jeremy Turner.
7  Q. Was Mr. Turner a full-time tutor?
8  A. Yes, he was.
9  Q. Did you have an instructional aide at that
10 time?
11 A. No.
12 Q. Was there such a position as instructional
13 aide at that time?
14 A. Yes.
15 Q. Do you know when was the first time that
16 the instructional aide was made a position?
17 A. I don't know.
18 Q. So the instructional aide was not the
19 result of reorganization?
20 A. No.
21 Q. Do you know how many students you had when
22 you taught ninth through twelfth grade levels?
23 A. No. Our case loads were as high as 35,
24 but generally were between 28 and 29 and 30.
25 Q. From 1989 to the present, were you always

Page 47

1  employed as a full-time teacher?
2  A. Yes.
3  MR. BRADY: Want to take a break for
4  a few minutes?
5  MR. PARENTEAU: Sure.
6
7  (A recess was taken at 11:29 a.m.)
8
9  * * * * *
10
11 (Back on the record at 11:44 a.m.)
12
13 Q. (By Mr. Brady) Ms. Claussen, we were just
14 discussing before the break your employment of grade
15 nine through twelve teacher the year 1998 through
16 1999. Was there any time that you were not provided
17 a tutor or instructional aide?
18 A. No. I had a tutor all –
19 Q. Was there any time in your employment when
20 you were without a tutor?
21 A. It seems like one year we were told we
22 weren't going to have tutors. I don't remember what
23 year it was. It was quite a few years before this.
24 Q. Who told you that you couldn't have
25 tutors?

Page 48

1  A. She was the existing principal at the
2  time.
3  Q. Who was that?
4  A. Lucy Schuman.
5  Q. Who was Lucy Schuman?
6  A. Principal at that time.
7  Q. And why did Ms. Schuman tell you you
8  weren't going to have tutors?
9  A. I think it was budget constraints.
10 Q. Any other reasons why you didn't have
11 tutors at that time?
12 A. No.
13 Q. How did the lack of a tutor at that time
14 affect your teaching?
15 A. Many times we have to be out of the room
16 for PPT meetings, so you have to have coverage in
17 your room. You have to have someone in there with
18 the students.
19 Q. Any other reasons?
20 A. Yes. If you have students in a room
21 receiving support from you, you can't possibly give
22 them all enough instruction. They require, some of
23 them, one-to-one at times, and you simply – if
24 you're understaffed, you can't provide – you can't
25 meet their IEP goals.

Page 49

1  Q.  What is an IEP goal?
2  A.  Individual education plan.
3  Q.  Who would you get to cover in your
4  absence?
5  A.  You would have to call the office, and
6  they would have to send up probably somebody who was
7  subbing that day or someone else's aide or a tutor
8  would come to your room from another program.
9  Q.  Do you remember if you had any significant
10 difficulties at that time with the lack of a tutor?
11 A.  I always had a tutor in my program. Ms.
12 Wright didn't have – we were all allowed one tutor
13 for the learning disabled program, so that meant
14 that she at times would only have an instructional
15 aides in her room. There were also times that the
16 numbers were high and even one tutor was probably
17 not sufficient for some blocks, especially if I were
18 out of the room for a PPT meeting.
19 Q.  And what would you do under those
20 circumstances?
21 A.  The best I could. We would have them –
22 you would cover the best you could.
23 Q.  You have other subs come from different
24 areas?
25 A.  No. You would just do the best you could

Page 50

1  with the students that you had in there. I would
2  try and change the schedule, if I could, sometimes
3  to try and even out the blocks.
4  MR. SZILAGYI:  What's the time period
5  you're talking about?
6  MR. BRADY:  She couldn't recall.
7  THE WITNESS:  No. I thought we were
8  talking in June. I'm sorry.
9  Q.  (By Mr. Brady) I was asking you questions
10 to the time period when you couldn't have a tutor.
11 MR. PARENTEAU:  That was a long time
12 ago she said.
13 THE WITNESS:  A long time ago. And
14 we had to go to him eventually in the
15 middle of the year and had to get a tutor
16 because it was impossible to do the job
17 without one. But after that time we
18 always had at least one tutor assigned to
19 the learning disabilities program.
20 Q.  (By Mr. Brady) And when you say "go to
21 him," you're referring to Mr. Mistretta?
22 A.  Yes.
23 Q.  Again, let me finish my question, please.
24 Ms. Claussen, what does site-based management mean
25 to you?

Page 51

1  A.  The building principal can decide how to
2  use support staff.
3  Q.  Anything else?
4  A.  He or she is given a certain number of
5  people in the building, and he can put them wherever
6  he sees fit, not the director of special services.
7  Q.  Do you have any understanding of the
8  site-based management approach?
9  A.  It gives the principal a lot of control
10 and power.
11 Q.  Anything else?
12 A.  No.
13 Q.  Under the site-based management approach,
14 who does the principal report to, do you know?
15 A.  I guess the superintendent of schools and
16 the board of education.
17 Q.  You say that the site-based management
18 approach gives the principal control over the
19 teachers and support staff. What do you mean by
20 that?
21 A.  By "support staff," which is what I said,
22 support staff means that he can decide which
23 programs get X amount of people in terms of their
24 tutors and aides.
25 Q.  Do departments other than the special

Page 52

1  education department have tutors and aides?
2  A.  He has put some of the special education
3  aides in the library to work as library aides.
4  MR. SZILAGYI:  What time frame are we
5  talking about?
6  Q.  (By Mr. Brady) Let's say following the
7  reorganization, are there tutors assigned to other
8  programs besides special education?
9  A.  Alternative education program also has
10 aides assigned.
11 Q.  Under the site-based management approach,
12 does the principal have discretion of where teachers
13 are assigned?
14 A.  Yes.
15 Q.  How so?
16 A.  He, for example, could assign a teacher to
17 various resource room special education programs.
18 Q.  When you say that the site-based
19 management approach gives the principal a lot of
20 control and power, what do you mean by that?
21 A.  He can make a decision even though you
22 had – say, I had requested another aide based on my
23 case load. He could deny that.
24 Q.  Could you tell me how the assignment of
25 aides and tutors typically works? Does the teacher