UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAUREEN EPPS, <br> DIANE CLAUSSEN and <br> GERALDINE WRIGHT <br> Plaintiffs <br><br> VS. <br><br> GERALD MISTRETTA and <br> THE BOARD OF EDUCATION FOR <br> THE TOWN OF EAST LYME <br> Defendants | : <br> : <br> : <br> : C.A. NO. 3:01 CV 2156 (AVC) <br> : <br> : <br> : <br> : <br> : <br> : <br> : NOVEMBER 26, 2003 |

### AFFIDAVIT OF GERALDINE WRIGHT

I, Geraldine Wright, being duly sworn, hereby depose and say:

1. I am over the age of 18 and believe in the obligations of an oath.

2. I provide this Affidavit in support of the Opposition to the defendants' Motion for Summary Judgment.

3. During my employment at the East Lyme High School, I was subjected to pervasive harassment and retaliation by the principal, Gerald Mistretta.

4. I previously set forth a statement summarizing some of this conduct. That statement is filed with my Opposition papers as Exhibit 1. I hereby incorporate that statement, including the attachments, as if fully set forth herein. Following are additional facts relevant to the Opposition.

5. During my tenure, I became aware of ways that Mr. Mistretta was using funds allocated to the Special Education Department for other departments, which was against school policy.

6. For example, the tutors and aides employed by Special Education Department were used for things like "bathroom duty" in the regular

school system, when they should have been assisting disabled students. He also used special education funds for purchasing supplies for other departments. I was aware of his actions and questioned them. It was after questioning these things that I asked him about the missing $700.00 from the special education budget. It was after this incident that I became a target and was overtly harassed by Mistretta.

7.  After I took my leave of absence during the 1999-2000 school year, I was diagnosed as having post-traumatic stress syndrome. I was told that this was caused by the stress I experienced as a result of the conduct of Mr. Mistretta.

8.  When the school year began in September of 2000, I shared the responsibility for the junior class with another teacher. She and I were responsible for doing all of the testing for the juniors. Notwithstanding this, after Ms. Claussen complained to the union, Mr. Mistretta changed the assignment and said she had to do the testing.

9.  In November of 2002, I had to undergo a mastectomy with reconstructive surgery. As a result of this procedure, I can no longer carry heavy items.

10. My present job requires me to carry heavy manuals and testing equipment. Accordingly, in the beginning of 2003, I sought a transfer back to the High School.

11. Although there were openings in the beginning of 2003 and in the fall of 2003 in the special education department, I was not hired for those positions. Instead, individuals who were far less qualified and

experienced than me were hired for these positions. Because of their lack of expertise and experience, testing and reading instruction for this program has had to be contracted out at an additional cost to the school system.

12. Since the beginning of 2003, I have been attempting to get my job back at the High School to no avail.

13. Although there have been openings for which I am qualified, before he retired and during the spring of 2003, Mr. Mistretta would not allow me to be rehired. He filled two vacant positions with an English teacher who had no Special Education background, even though Mistretta knew that I had requested to be transferred to this position.

14. There have also been openings in the Special Education Department in the fall of 2003. After interviewing for the position, I was advised that Mr. Jack Reynolds, the Superintendent of schools, would not allow the Department to rehire me.

15. I am still only employed in a part-time in a position where no accommodations for my physical limitations have yet been addressed.

Dated at New London, Connecticut, this 26th day of November, 2003.

Geraldine Wright

Sworn to before me this 26th day of November, 2003.

Notary Public

BETHANY G. PARKS
Notary Public
State of Connecticut
My Commission Expires June 30, 2006

3