# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MAUREEN EPPS,                          :
DIANE CLAUSSEN and                     :
GERALDINE WRIGHT                       :
    Plaintiffs             :        C.A. NO. 3:01 CV 2156 (AVC)
                           :
VS.                                    :
                           :
GERALD MISTRETTA and                   :
THE BOARD OF EDUCATION FOR             :
THE TOWN OF EAST LYME                  :
    Defendants             :        NOVEMBER 26, 2003

## AFFIDAVIT OF DIANE CLAUSSEN

I, Diane Claussen, being duly sworn, hereby depose and say:

1.    I am over the age of 18 and believe in the obligations of an oath.

2.    I provide this Affidavit in support of the Opposition to the defendants' Motion for Summary Judgment.

3.    During my employment at the East Lyme High School, I was subjected to harassment and retaliation by the principal, Gerald Mistretta.

4.    I previously set forth a statement summarizing some of Mr. Mistretta's conduct. That statement is filed with my Opposition papers as Exhibit 2. I hereby incorporate that statement, including the attachments, as if fully set forth herein. Following are additional facts relevant to the Opposition.

5.    In October of 2000, Mr. Mistretta accused me of having a less than full-time workload and assigned me additional duties. This occurred right after I went to a union meeting and voiced concerns regarding Mr. Mistretta's reorganization and the way it affected the students. I had the

same workload the prior school year and yet no one had accused me of having a less than full-time workload.

6.  On or about October 12, 2000, I met with Mistretta and the CIL to register my complaint regarding the punitive workload and concerns about the effect of the reorganization on my freshman students. After hearing my concerns, Mistretta reduced the punitive workload, but sent me a memorandum mischaracterizing my statements at the meeting and suggested that I might be happier if I sought, "a transfer to another building."

7.  In January of 2001, a group of teachers including myself and Ms. Wright, attended a meeting with the Superintendent of School, Jack Reynolds in order to apprise of him of the retaliatory and illegal conduct by Mistretta. The teachers made complaints regarding Mr. Mistretta's use of profanity and hiring decisions made by him based on age and gender.

8.  Mr. Reynolds did not take the teachers seriously and conducted a less than complete investigation. It was ultimately concluded that Mr. Mistretta was a wonderful principal.

9.  I am still employed as a full-time teacher in the Special Education Department.

10.  During the spring and fall of 2003, positions became available in the Special Education Department for which Geraldine Wright was fully qualified. Individuals far less qualified than she have been hired in those positions.

11.     In the fall of 2003, a Resource Room teaching position for the LD students

became available.  This is the very same job that Ms. Wright did at the

school.  Instead of hiring her, the school hired an individual who had only

worked at the school for two months as a substitute teacher for the LD

students.  Substitute teaching was her only experience.

Dated at New London, Connecticut, this _26_ day of November, 2003.


_Diane Claussen_
Diane Claussen


Sworn to before me this _26_ day
of November, 2003.


_Bethy G. Parks_
Notary Public          BETHANY G. PARKS
                       Notary Public
                       State of Connecticut
              My Commission Expires June 30, 2006


3