FILED

2003 DEC -4  A 10: 58

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAUREEN EPPS, DIANE CLAUSSEN, and GERALDINE WRIGHT<br>Plaintiffs, | CIVIL ACTION NO.<br>3:01 CV2156 (AVC) |
| VS. | |
| GERALD MISTRETTA and THE BOARD OF EDUCATION FOR THE TOWN OF EAST LYME<br>Defendants. | DECEMBER 4, 2003 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendant, the Board of Education for the Town of East Lyme (the "Board"), respectfully moves the Court for a two-week extension of time, up to and including Friday, December 19, 2003, within which to file a reply brief to the Plaintiffs' Memorandum in Opposition to the Defendants' Motion for Summary Judgment in this action. The Plaintiffs' filed their opposition memorandum on November 26, 2003. Due to the Thanksgiving holiday, however, the Defendant did not receive the Plaintiffs' memorandum until five (5) days later on December 1, 2003. In addition, the undersigned counsel for the Defendant will be on a previously scheduled vacation during the week of December 8, 2003. As such, the Defendant requires the additional time to review the Plaintiffs' memorandum and prepare a reply brief in this matter.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This is the Defendant's first request for an extension of the reply brief deadline in this case. The undersigned counsel has contacted, Jacques M. Parenteau, Esq., counsel for the Plaintiffs in this matter, who consents to the Court granting this motion.

WHEREFORE, the Defendant respectfully requests the Court to grant its motion for extension of time of an additional two weeks, up to and including Friday, December 19, 2003, within which to file its reply brief in this matter.

THE DEFENDANT:
BOARD OF EDUCATION FOR THE
TOWN OF EAST LYME

By /s/ _____
James M. Sconzo
Fed. Bar # ct 04571 and
Kevin R. Brady
Fed. Bar #ct22135 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 4th day of December 2003, I hereby mailed a copy of the foregoing to:

Jacques J. Parenteau, Esq.
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

Richard D. O'Connor, Esq.
Paul H. Gamache, Esq.
Siegal, O'Connor, Schiff & Zangari, P.C.
150 Trumbull Street
Hartford, CT 06103-2406

Frank J. Szilagyi, Esq.
Josephine A. Spinella, Esq.
Sylvester & Daly
72 Russ Street
Hartford, CT 06106

Kevin R. Brady

491108.1(HSFP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105