



FILED

2003 DEC -4 A 10: 58

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN EPPS, DIANE CLAUSSEN, and GERALDINE WRIGHT<br>Plaintiffs, | : : : : : | CIVIL ACTION NO.<br>3:01 CV2156 (AVC) |
| VS. | : : | |
| GERALD MISTRETTA and THE BOARD OF EDUCATION FOR THE TOWN OF EAST LYME<br>Defendants. | : : : : | DECEMBER 4, 2003 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendant, the Board of Education for the Town of East Lyme (the "Board"), respectfully moves the Court for a two-week extension of time, up to and including Friday, December 19, 2003, within which to file a reply brief to the Plaintiffs' Memorandum in Opposition to the Defendants' Motion for Summary Judgment in this action. The Plaintiffs' filed their opposition memorandum on November 26, 2003. Due to the Thanksgiving holiday, however, the Defendant did not receive the Plaintiffs' memorandum until five (5) days later on December 1, 2003. In addition, the undersigned counsel for the Defendant will be on a previously scheduled vacation during the week of December 8, 2003. As such, the Defendant requires the additional time to review the Plaintiffs' memorandum and prepare a reply brief in this matter.

December 5, 2003. SO ORDERED.
Alfred V. Covello, U.S.D.J.
GRANTED.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105