UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN EPPS, | : | CIVIL ACTION NO. |
| DIANE CLAUSSEN, and | : | 3:01 CV2156 (AVC) |
| GERALDINE WRIGHT | : | |
|     Plaintiffs, | : | |
| VS. | : | |
| GERALD MISTRETTA and THE | : | |
| BOARD OF EDUCATION FOR | : | |
| THE TOWN OF EAST LYME | : | |
|     Defendants. | : | MAY 7, 2004 |

## MOTION FOR RECONSIDERATION

Pursuant to D. Conn. L. Civ.R. 7(c), the undersigned Defendants, the Board of Education for the Town of East Lyme (the "Board") and Gerald Mistretta, hereby respectfully move this Court to reconsider its Ruling on the Defendants' Joint Motion for Summary Judgment dated April 23, 2004. That ruling granted summary judgment in part to the Defendants as to the Plaintiff Maureen Epps' claims for retaliation for her exercising her right to file a grievance and expressing displeasure with the hiring process for the CIL of the foreign language department, holding that her speech did not address a matter of public concern.

The ruling, however, denied the Defendants' motion as to the Plaintiffs Diane Claussen and Geraldine Wright for the reason that their speech relating to the quality of education for special education students touches on matters of public concern and is protected. In reaching this conclusion, the Court did not address the motive for the

**ORAL ARGUMENT REQUESTED**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Plaintiffs' speech regarding the organization, funding, and staffing levels of the special education department.

As more fully set forth in the accompanying Memorandum of Law, the Defendants respectfully request the Court to reconsider its ruling, which denied the Defendants' motion for summary judgment regarding the Plaintiffs Claussen and Wright and enter summary judgment in favor of the Defendants.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

RESPECTFULLY SUBMITTED,

THE DEFENDANT:
THE TOWN OF EAST LYME BOARD OF EDUCATION

By_____
James M. Sconzo
Fed. Bar # ct 04571 and
Kevin R. Brady
Fed. Bar #ct22135 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

THE DEFENDANT:
GERALD MISTRETTA

By_____
Frank J. Szilagyi
Fed Bar # ct07859 and
Josephine A. Spinella
Fed. Bar # CT24009 of
Silvester & Daly
72 Russ Street
Hartford, CT 06106
Juris No. CT07859
Tel: (860) 278-2650
Fax: (860) 727-9243

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 7th day of May, 2004, I hereby mailed a copy of the foregoing to:

Jacques J. Parenteau, Esq.
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

Richard D. O'Connor, Esq.
Paul H. Gamache, Esq.
Siegal, O'Connor, Schiff & Zangari, P.C.
150 Trumbull Street
Hartford, CT 06103-2406

_____
Kevin R. Brady

529507.1

- 4 –



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105