UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN EPPS, | : | CIVIL ACTION NO. |
| DIANE CLAUSSEN, and | : | 3:01 CV2156 (AVC) |
| GERALDINE WRIGHT | : | |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| GERALD MISTRETTA and THE | : | |
| BOARD OF EDUCATION FOR | : | |
| THE TOWN OF EAST LYME | : | |
| Defendants. | : | MAY 14, 2004 |

**DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO SUBMIT JOINT TRIAL MEMORANDUM**

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendant, the Board of Education for the Town of East Lyme (the "Board"), respectfully moves the Court for an extension of time to submit the joint trial memorandum. On April 28, 2004, the Court entered an Order that the parties submit the joint trial memorandum no later than May 28, 2004. On May 7, 2004, the Board and Gerald Mistretta filed their joint motion for reconsideration regarding the Court's ruling on the Defendants' motion for summary judgment. The parties seek the additional time to submit the joint trial memorandum in order to prepare responsive memoranda to the defendants' motion for reconsideration. The parties further seek the additional time in order for the Court to issue a ruling regarding the Defendants' motion for reconsideration.

This is the Defendant's first request for an extension of the joint trial memorandum in this case. The undersigned counsel has contacted, Heena Kapida,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Esq., counsel for the Plaintiffs and Frank J. Szilagyi, Esq. counsel for Gerald Mistretta, who consent to this motion.

WHEREFORE, the Board respectfully requests the Court to grant its motion for extension of time to submit the joint trial memorandum, and enter an order that the parties should submit the joint trial memorandum no later than thirty (30) days following the Court's ruling on the Defendant's motion for reconsideration.

THE DEFENDANT:
BOARD OF EDUCATION FOR THE
TOWN OF EAST LYME

By_____
James M. Sconzo
Fed. Bar # ct 04571 and
Kevin R. Brady
Fed. Bar #ct22135 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 14th day of May 2004, I hereby mailed a copy of the foregoing to:

Jacques J. Parenteau, Esq.
Heena Kapida, Esq.
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

Richard D. O'Connor, Esq.
Paul H. Gamache, Esq.
Siegal, O'Connor, Schiff & Zangari, P.C.
150 Trumbull Street
Hartford, CT 06103-2406

Frank J. Szilagyi, Esq.
Josephine A. Spinella, Esq.
Sylvester & Daly
72 Russ Street
Hartford, CT 06106

_____
Kevin R. Brady

50069.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105