58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN EPPS,<br>DIANE CLAUSSEN, and<br>GERALDINE WRIGHT<br>　　Plaintiffs,<br><br>VS.<br><br>GERALD MISTRETTA and THE<br>BOARD OF EDUCATION FOR<br>THE TOWN OF EAST LYME<br>　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:01 CV2156 (AVC)<br><br><br><br><br><br><br><br>MAY 14, 2004 |

FILED 2004 MAY 17 A 10:59

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT TRIAL MEMORANDUM

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendant, the Board of Education for the Town of East Lyme (the "Board"), respectfully moves the Court for an extension of time to submit the joint trial memorandum. On April 28, 2004, the Court entered an Order that the parties submit the joint trial memorandum no later than May 28, 2004. On May 7, 2004, the Board and Gerald Mistretta filed their joint motion for reconsideration regarding the Court's ruling on the Defendants' motion for summary

```
3:01CV2156(AVC). May 18, 2004. The defendant's motion for an
extension of time (document no. 58) is GRANTED as follows: The
parties shall have to and including July 28, 2004 to file their
joint trial memorandum.
SO ORDERED.

                Alfred V. Covello, U.S.D.J.
```