

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY -7 P 3: 56
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MAUREEN EPPS, <br> DIANE CLAUSSEN, and <br> GERALDINE WRIGHT <br> Plaintiffs, <br> VS. <br> GERALD MISTRETTA and THE <br> BOARD OF EDUCATION FOR <br> THE TOWN OF EAST LYME <br> Defendants. | CIVIL ACTION NO. <br> 3:01 CV2156 (AVC) <br><br><br><br><br><br><br> MAY 7, 2004 |

## MOTION FOR RECONSIDERATION

Pursuant to D. Conn. L. Civ.R. 7(c), the undersigned Defendants, the Board of Education for the Town of East Lyme (the "Board") and Gerald Mistretta, hereby respectfully move this Court to reconsider its Ruling on the Defendants' Joint Motion for Summary Judgment dated April 23, 2004. That ruling granted summary judgment in part to the Defendants as to the Plaintiff Maureen Epps' claims for retaliation for her exercising her right to file a grievance and expressing displeasure with the hiring process for the CIL of the foreign language department, holding that her speech did not address a matter of public concern.

The ruling, however, denied the Defendants' motion as to the Plaintiffs Diane Claussen and Geraldine Wright for the reason that their speech relating to the quality of

3:01CV2156(AVC). August 4, 2004. The motion for reconsideration
(document no. 56) is GRANTED; the relief requested, however, is
DENIED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

01cv2156 cnd56