UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN EPPS, | : | CIVIL ACTION NO. |
| DIANE CLAUSSEN, and | : | 3:01 CV2156 (AVC) |
| GERALDINE WRIGHT | : | |
| Plaintiffs, | : | |
| | : | |
| | : | |
| VS. | : | |
| | : | |
| GERALD MISTRETTA and THE | : | |
| BOARD OF EDUCATION FOR | : | |
| THE TOWN OF EAST LYME | : | |
| Defendants. | : | SEPTEMBER 10, 2004 |

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO SUBMIT JOINT TRIAL MEMORANDUM**

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendant, the Board of Education for

the Town of East Lyme (the "Board"), respectfully moves the Court for a ten (10) day

extension of time up to and including September 23, 2004, to submit the joint trial

memorandum.  On August 13, 2004, the Court entered an Order that the parties submit

the joint trial memorandum no later than September 12, 2004.  On August 25, 2004, the

parties attended a full day private mediation of this matter and are currently engaged in

settlement discussions that may resolve this case.  As such, the parties seek the

additional time to submit the joint trial memorandum in order to facilitate settlement

discussions.

This is the Defendant's second motion for an extension of the joint trial

memorandum in this case.  The undersigned counsel has contacted, William G.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Madsen, Esq., counsel for the Plaintiffs and Frank J. Szilagyi, Esq. counsel for Gerald

Mistretta, who consent to this motion.

WHEREFORE, the Defendant  respectfully moves the Court to grant its motion

for extension of time to submit the joint trial memorandum, and enter an order that the

parties should submit the joint trial memorandum no later September 23, 2004.

THE DEFENDANT:
BOARD OF EDUCATION FOR THE
TOWN OF EAST LYME


By_____
    James M. Sconzo
    Fed. Bar # ct 04571 and
    Kevin R. Brady
    Fed. Bar #ct22135 of
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 10th day of September 2004, I hereby mailed a copy of the foregoing to:

Jacques J. Parenteau, Esq.
Heena Kapida, Esq.
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

Richard D. O'Connor, Esq.
Paul H. Gamache, Esq.
Siegal, O'Connor, Schiff & Zangari, P.C.
150 Trumbull Street
Hartford, CT 06103-2406

Frank J. Szilagyi, Esq.
Josephine A. Spinella, Esq.
Sylvester & Daly
72 Russ Street
Hartford, CT 06106

_____
Kevin R. Brady

592319.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105