FILED

2004 SEP 10 P 3: 22

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAUREEN EPPS, : CIVIL ACTION NO.
DIANE CLAUSSEN, and : 3:01 CV2156 (AVC)
GERALDINE WRIGHT :
        Plaintiffs, :
 :
VS. :
 :
GERALD MISTRETTA and THE :
BOARD OF EDUCATION FOR :
THE TOWN OF EAST LYME :
        Defendants. : SEPTEMBER 10, 2004

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO SUBMIT JOINT TRIAL MEMORANDUM

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendant, the Board of Education for the Town of East Lyme (the "Board"), respectfully moves the Court for a ten (10) day extension of time up to and including September 23, 2004, to submit the joint trial memorandum. On August 13, 2004, the Court entered an Order that the parties submit the joint trial memorandum no later than September 12, 2004. On August 25, 2004, the parties attended a full day private mediation of this matter and are currently engaged in settlement discussions that may resolve this case. As such, the parties seek the additional time to submit the joint trial memorandum in order to facilitate settlement discussions.

This is the Defendant's second motion for an extension of the joint trial memorandum in this case. The undersigned counsel has contacted, William G.

September 14, 2004 GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105