# HALLORAN
# &SAGE LLP  RECEIVED

ATTORNEYS AT LAW

SEP 23   11 01 AM '04

CHAMBERS
ALFRED V. COVELLO
U.S. DISTRICT JUDGE

KEVIN R. BRADY  Direct 860 241-4092  brady@halloran-sage.com
Also admitted in New York

September 21, 2004

**Via Facsimile 240-2694 and U.S. Mail**
Honorable Alfred V. Covello
Senior United States District Judge
United States District Court
450 Main Street,
Hartford, CT 06103

Attention: James W. Caley, Esq.

Re: **Geraldine Wright, et al v. Gerald Mistretta, et al**
    Our File No.    :    12469.0015
    Civil Action No.    :    3:01 CV2156 (AVC)

Dear Judge Covello:

    The Defendant, the Board of Education for the Town of East Lyme (the "Board"), respectfully requests a seven (7) day extension of time, up to and including **Thursday, September 30, 2004**, within which to file the Joint Trial Memorandum in the above-referenced matter. The parties are close to reaching a resolution of this case and require the additional time to continue settlement negotiations. This is the Board's third request for an extension of the joint trial memorandum. The undersigned counsel has contacted William G. Madsen, Esq., counsel for the Plaintiffs, who consents to this request.

    In addition, the parties respectfully request that the settlement conference scheduled for Friday, September 30, 2004 at 10:00 a.m. is also postponed, due to the use of private mediation in this matter.

    Please do not hesitate to contact me with any questions.

Very truly yours,

Kevin R. Brady

William G. Madsen, Esq.
Frank J. Szilagyi, Esq.
Richard D. O'Connor, Esq.

596126.1

---

*Handwritten margin note (judge's order):*

September 23, 2004. The clerk of the court is ordered to docket this letter as a motion to continue the pretrial conference and for an extension of time to file the joint trial memorandum. Construed as such, the motion is granted in all respects. The parties shall have to and including September 30, 2004 to file the joint trial memorandum.
SO ORDERED.

/s/ Alfred V. Covello, U.S.D.J.