UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN EPPS, | : | CIVIL ACTION NO. |
| DIANE CLAUSSEN, and | : | 3:01 CV2156 (AVC) |
| GERALDINE WRIGHT | : | |
|     Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| GERALD MISTRETTA and THE | : | |
| BOARD OF EDUCATION FOR | : | |
| THE TOWN OF EAST LYME | : | |
|     Defendants. | : | OCTOBER 21, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. P. 7(b), the Defendant, the Board of Education for the Town of East Lyme (the "Board"), respectfully moves the Court for a thirty (30) day extension of time, up to and including Monday, November 22, 2004, within which to file closing documents in this case. On September 22, 2004, the Court entered an order stating that this case was reported settled and that the dismissal is due on or before October 21, 2004. The parties have exchanged the final settlement documents and require the additional time to obtain signatures of all parties and execute the appropriate withdrawals. This is the Defendant's first motion for an extension of time regarding this time limitation. The undersigned counsel has contacted Josephine A. Spinella, counsel for Gerald Mistretta who consents to this motion. The undersigned counsel has contacted, Jacques J. Parenteau, Esq. and William G. Madsen, Esq., counsel for the Plaintiffs, but has been unable to obtain their position on this motion.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the Defendant respectfully moves the Court to grant its motion for extension of time to file closing documents in this case up to and including November 22, 2004.

        THE DEFENDANT:
BOARD OF EDUCATION FOR THE
TOWN OF EAST LYME

By_____
   James M. Sconzo
   Fed. Bar # ct 04571 and
   Kevin R. Brady
   Fed. Bar #ct22135 of
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 21st day of October 2004, I hereby mailed a copy of the foregoing to:

Jacques J. Parenteau, Esq.
William G. Madsen, Esq.
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

Richard D. O'Connor, Esq.
Paul H. Gamache, Esq.
Siegal, O'Connor, Schiff & Zangari, P.C.
150 Trumbull Street
Hartford, CT 06103-2406

Frank J. Szilagyi, Esq.
Josephine A. Spinella, Esq.
Sylvester & Daly
72 Russ Street
Hartford, CT 06106

                                                                  Kevin R. Brady

607076.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105