


FILED
2004 OCT 21 P 12: 10
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAUREEN EPPS, <br> DIANE CLAUSSEN, and <br> GERALDINE WRIGHT <br>        Plaintiffs, | CIVIL ACTION NO. <br> 3:01 CV2156 (AVC) |
| VS. | |
| GERALD MISTRETTA and THE <br> BOARD OF EDUCATION FOR <br> THE TOWN OF EAST LYME <br>        Defendants. | OCTOBER 21, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. P. 7(b), the Defendant, the Board of Education for the Town of East Lyme (the "Board"), respectfully moves the Court for a thirty (30) day extension of time, up to and including Monday, November 22, 2004, within which to file closing documents in this case. On September 22, 2004, the Court entered an order stating that this case was reported settled and that the dismissal is due on or before October 21, 2004. The parties have exchanged the final settlement documents and require the additional time to obtain signatures of all parties and execute the appropriate withdrawals. This is the Defendant's first motion for an extension of time regarding this time limitation. The undersigned counsel has contacted Josephine A. Spinella, counsel for Gerald Mistretta who consents to this motion. The undersigned counsel has contacted, Jacques J. Parenteau, Esq. and William G. Madsen, Esq., counsel for the Plaintiffs, but has been unable to obtain their position on this motion.

(margin annotation: GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J. October 21, 2004   3:01CV2156(AVC))

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105