FILED

2004 NOV 19 A II: 01

U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN EPPS, | : | CIVIL ACTION NO. |
| DIANE CLAUSSEN, and | : | 3:01 CV2156 (AVC) |
| GERALDINE WRIGHT | : | |
|     Plaintiffs, | : | |
| VS. | : | |
| | : | |
| GERALD MISTRETTA and THE | : | |
| BOARD OF EDUCATION FOR | : | |
| THE TOWN OF EAST LYME | : | |
|     Defendants. | : | OCTOBER 22, 2004 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties in the above-referenced action, request the Court dismiss this action with prejudice, and without cost to any party.

DATED: 10/25/04                                    DATED: 10/27/04

THE PLAINTIFFS:                                    THE DEFENDANT:
MAUREEN EPPS,                                      THE BOARD OF EDUCTION FOR
DIANE CLAUSSEN and                                 THE TOWN OF EAST LYME
GERALDINE WRIGHT

By_____                        By_____
Jacques J. Parenteau, Esq                          James M. Sconzo
Fed. Bar No. ct09771 and                           Fed. Bar No. ct04571 and
William G. Madsen, Esq..                           Kevin R. Brady
Fed. Bar No. ct09853 of                            Fed Bar No. ct22135 of
Madsen, Prestley & Parenteau, LLC                  HALLORAN & SAGE, LLP
111 Huntington Street, P.O. Box 1631               One Goodwin Square
New London, CT 06320                               225 Asylum Street
(860) 442-2466                                     Hartford, CT 06103
                                                   (860) 522-6103

One Goodwin Square                 **HALLORAN**                Phone (860) 522-6103
225 Asylum Street                  **& SAGE LLP**              Fax (860) 548-0006
Hartford, CT 06103                                             Juris No. 26105

DATED: 11/18/04

THE DEFENDANT:
GERALD MISTRETTA

By:_____
Frank J. Szilagyi, Esq.
Fed Bar # ct07859 and
Josephine A. Spinella
Fed. Bar # ct24009 of
Silverster & Daly
72 Russ Street
Hartford, CT 06106
Juris No. CT07859
Tel: (860) 278-2650


SO ORDERED:


_____
United States District Judge

599360.1(HSFP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105